IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, ) | |
| ) | |
| Plaintiff, ) | Case No. 15-cv-4166 |
| ) | |
| v. ) | **Judge Joan H. Lefkow** |
| ) | |
| CHEN WENSHENG, et al., ) | **Magistrate Judge Daniel G. Martin** |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION

Plaintiff Monster Energy Company ("MEC" or "Plaintiff"), by and through its undersigned counsel, respectfully requests that it be given leave to file its brief in support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order in excess of 15 pages. As part of the TRO, Plaintiff seeks: (1) a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of Counterfeit Monster Energy Products; (2) a temporary transfer of the Defendant Domain Names to MEC; (3) a temporary restraint of Defendants' assets to preserve MEC's right to an equitable accounting; (4) expedited discovery allowing MEC to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of Counterfeit Monster Energy Products and Defendants' financial accounts; and (5) service by electronic mail and/or electronic publication (collectively, the "Ex Parte Motion for TRO").

Plaintiff's Ex Parte Motion for TRO includes five (5) distinct issues regarding MEC's intellectual property rights, each of which must be decided simultaneously. MEC's brief contains necessary substantive content relevant to each issue that should be considered. MEC's brief is 39 pages, which is substantially less than the 75 page limit allowed if five motions were

1

filed separately. Plaintiff, therefore, respectfully requests that it be granted leave to file a combined brief in excess of 15 pages for purposes of efficiency.

Dated this 12th day of May 2015.        Respectfully submitted,

/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Monster Energy Company*