IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, | |
| Plaintiff, | Case No. 15-cv-4166 |
| v. | Judge Joan H. LefKow |
| CHEN WENSHENG, *et al.*, | Mag. Judge Daniel G. Martin |
| Defendants. | |

**DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND TO RELEASE FROZEN FUNDS**

COMES NOW Defendant through his representing counsel, pursuant to Federal Rule Of Civil Procedure 12(b)(2), respectfully moves this Court to dismiss for lack of personal jurisdiction pursuant to and to release frozen PayPal funds.

Dated: June 23, 2015

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
1033 South Blvd
Suite 200
Oak Park, IL 60302
Keith@Vogtip.com
708.203.4787
*Attorney for Defendant Wu Zou*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that service of the foregoing document was made on all counsel of record on June 23, 2015 *via* the court's CM/ECF system.

/s/ Keith A. Vogt
Keith A. Vogt