**Monster Energy Company v. Chen Wensheng, et al. - Case No. 15-cv-4166**

# Amended Schedule A

### Defendants

| No. | Name / Alias |
|----:|--------------|
| 1 | Chen Wensheng |
| 2 | ZhouRunFa |
| 3 | Domains By Proxy, LLC |
| 4 | Jame Prentice |
| 5 | Pilawka Tomasz |
| 6 | Dan Thurston |
| 7 | lin jian |
| 8 | weng junpeng |
| 9 | chen songlin |
| 10 | junlongwu |
| 11 | xia tian |
| 12 | Sarim Shakeel |
| 13 | zhengtao |
| 14 | Mary Greenlee |
| 15 | ke tian rong |
| 16 | Ji Rong |
| 17 | xiao lai |
| 18 | Whois Privacy Corp. |
| 19 | jamepull |
| 20 | alix alen |
| 21 | Lisa Lepre |
| 22 | lin dan dan |
| 23 | zheng wen |
| 24 | chen jinnan |
| 25 | Weng Chenguang |
| 26 | liu wen |
| 27 | lin wen |
| 28 | derya sahin |
| 29 | Wei Qingshan |
| 30 | mf wu |
| 31 | kelly hales |
| 32 | JIANG ZHENBIAO |
| 33 | lucas mathern |
| 34 | Liu Yang |
| 35 | Fu Zhiqiang |
| 36 | lin yi fei |
| 37 | Liu Li Ming |
| 38 | meng fan jian |
| 39 | Fu Chao Wang |

| 40 | John Brown |
|----|-----------|
| 41 | brands key |
| 42 | zhushen |
| 43 | Privacy Protection Service INC d/b/a PrivacyProtect.org |
| 44 | Liao qing |
| 45 | tian qing |
| 46 | Denice Deal |
| 47 | Domains By Proxy, LLC |
| 48 | laurence Gerard |
| 50 | anna selinna |
| 51 | WHOISGUARD, INC. |
| 52 | anna fox |
| 53 | hong rui |
| 54 | zheng zhonghui |
| 55 | Zhu lanXin |
| 56 | Li guangxian |
| 57 | wen pin |
| 58 | Thomas Teske |
| 59 | li hongyuan |
| 60 | huang huazhi |
| 61 | Cynthia Agli |
| 62 | Li Yan |
| 63 | Chen Fang |
| 64 | Xu Mei |
| 65 | Chen |
| 66 | meng fan jian |
| 67 | Joe Arena |
| 68 | zhu huajie |
| 69 | bastien autret |
| 70 | Yu Yang |
| 71 | chen guijun |
| 72 | Guo chunsheng |
| 73 | Zhang YeYing |
| 74 | Gu Meihua |
| 75 | si man |
| 76 | LI ZHIPENG |
| 77 | Chen Lifen |
| 78 | robert jones |
| 79 | ZHANG WEINA |
| 80 | xong ping |
| 81 | Bai Li Xiao |
| 82 | Jose Tavares |
| 83 | bestBJ |
| 84 | XU TINGTING |
| 85 | daniel |
| 86 | liu zhonghui |
| 87 | jiang xinxin |

| 88 | wang xia |
|----|----------|
| 89 | hengxing jinjiang |
| 90 | Michael Fricke |
| 91 | WU QINQIN |
| 92 | CHEN XIN |
| 93 | wang wei |
| 94 | chen wei zu |
| 95 | Su Ding Fang |
| 96 | Li Ri Bai |
| 97 | Chen |
| 98 | andy cao |
| 99 | Organization |
| 100 | Qi Lin |
| 101 | fdg gsrdg |
| 102 | dfgg gsdfg |
| 103 | fghfgg rdfg |
| 104 | guillaume gheerardyn gheerardyn |
| 105 | hezuo002 |
| 106 | Sean Ellis |
| 107 | Regis Begin |
| 108 | ivan danesi |
| 109 | ma liping |
| 110 | deng yuqin |
| 111 | Huang Zongxian |
| 112 | Zhou Xueyan |
| 113 | affelse |
| 114 | lay pill |
| 115 | Dai Sanmei |
| 116 | wang zeng |
| 117 | Pei Shu Rong |
| 118 | li liang |
| 119 | Ming Zeng |
| 120 | Zeng Ming |
| 121 | Whois Privacy Protection Service of Chengdu West Dimension Digital Technology Co., Ltd |
| 122 | Dexter Reading |
| 123 | XIE DENG |
| 124 | Chen Jinping |
| 125 | TU XIAOGUANG |
| 126 | ZHANG HAIBIN |
| 127 | YinSi BaoHu Yi KaiQi (Hidden by Whois Privacy Protection Service) |
| 128 | zhang xiao ming |
| 129 | zhao xiqng |
| 130 | zhao xiqing |
| 131 | YILIGAO |
| 132 | CHENG guang |
| 133 | Neil Rosbotham |

| | |
|---|---|
| 134 | dongsheng trade CO.,Ltd |
| 135 | Aminah Talukdar |
| 136 | Patricia Linchuck |
| 137 | fgdsf serwe |
| 138 | fdgfdgd ger |
| 139 | fgsdf dgdfg |
| 140 | hfd thjth |
| 141 | fdsdg reg |
| 142 | Domains By Proxy, LLC |
| 143 | Shaowu wu |
| 144 | Wu ShaoWu |
| 145 | huangjianhai |
| 146 | Antwaun |
| 147 | Li Ling |
| 148 | Chen Yanfang |
| 149 | Gassier Christophe |
| 150 | Nevin Weeks |
| 151 | Gallicier Mathieu |
| 152 | Bai Shaolan |
| 153 | fdg dfgr |
| 154 | dfg dsf f |
| 155 | Zhang Xian |
| 156 | Wallis Hillman |
| 157 | Guo PingKe |
| 158 | Peng Tingting |
| 159 | Zhang Yanping |
| 160 | Zhao Xia |
| 161 | Zhang Xincheng |
| 162 | Dong Li |
| 163 | ou |
| 164 | jack micjob |
| 165 | Patrick Hubbard |
| 166 | Armando W. Wilson |
| 167 | zhangjing |
| 168 | Angelia Corbett |
| 169 | Guangzhou K-Comfort Trading Co., Ltd. |
| 170 | God loves fashion |
| 171 | YOYO Smile |
| 172 | Case-Manufacturer |
| 173 | wholesale-cases |
| 174 | China shopping city |
| 175 | amazoncases |
| 176 | retailboy |
| 177 | Sunshine Internation Co,.LTD |
| 178 | online-custom |
| 179 | Dream flying co., LTD |
| 180 | GoTo store |

| 181 | lingling Trade Co.,Ltd |
|-----|------------------------|
| 182 | Your Favourite |
| 183 | Jinxin Trade Co., Ltd. |
| 184 | HOW-YES |
| 185 | TOP-LI |
| 186 | Welcome To One Line ,One World Store (HK) |
| 187 | TOP BRANDS STORE |
| 188 | Online Store 342161 |
| 189 | Mr .Ankol |
| 190 | top10bestseller |
| 191 | Hi-hop Cap |
| 192 | shumeng zhao's store |
| 193 | Weekend |
| 194 | Sky's shop for motorcycle accessories |
| 195 | YIJIN |
| 196 | date of happiness |
| 197 | Online Store yanmei |
| 198 | zhengchun case |
| 199 | brands store |
| 200 | The Pocket of Doraemon |
| 201 | factorycase store |
| 202 | Chic Paradise Art |
| 203 | Motocycle club |
| 204 | moumou chen |
| 206 | Shenzhen Landda Shoe Company |
| 207 | Fishing-king Tackle Co.,Ltd |
| 208 | Fishing-king Tackle Co.,Ltd |
| 209 | Allure Love |
| 210 | Saving Big Here |
| 211 | COOL KNIGHT Motorcycle Accessories Store |
| 212 | Ray's Online Store |
| 213 | Scarborough Fair 2014 |
| 214 | Funs Hobby |
| 215 | MU YU (HK )TRADING CO. LTD China |
| 216 | MU YU (HK )TRADING CO. LTD China |
| 217 | vivilok store |
| 218 | Zhejiang Showlove Jewelry Co., Ltd |
| 219 | PowerZone Co.,Ltd |
| 220 | Knightcat's Store |
| 221 | swellcraft&art |
| 222 | CYCLES CLUB-1 |
| 223 | LUCKY SHERRY LTD. |
| 224 | SAMT SHENZHEN CO,.LTD. |
| 225 | Shenzhen ZUKU Technology Co.,Ltd |
| 226 | ARTS AND CRAFTS .. |
| 227 | SCL MOTOS |
| 228 | Sportfairings |

| 229 | heng |
|-----|------|
| 230 | Shenzhen Sumwin Electronic Commerce Co., LTD |
| 231 | Misssu Fashion |
| 232 | Anime hoodie |
| 233 | All Your Need |
| 234 | MCC_SHOP |
| 235 | Italtel small flowers |
| 236 | TONYJOHN |
| 237 | New Technology Development Co., Ltd. |
| 238 | TradeWorld4U |
| 239 | FAKA warehouse |
| 240 | Getop International Technology Limited |
| 241 | zorro-E-commerce Co. Ltd |
| 242 | Jia Xuan Store |
| 243 | Neon Factory Sales |
| 244 | Tungfull Digital Technology Co.,Ltd |
| 245 | ACI auto supplies company |
| 246 | cool face |
| 247 | Super shops |
| 248 | world Saler |
| 249 | Xin Hao Tai motorcycle parts co ltd |
| 250 | creek |
| 251 | Tarzan Outdoor Co., LTD |
| 252 | Giftstoreany |
| 253 | Fashion Neon Sign |
| 254 | Miss Sunshine |
| 255 | shoppsilk road |
| 256 | parts4bike |
| 257 | Universal Trading |
| 258 | Outdoor-Sport Supermarket |
| 259 | Spring's International Wholesale mall |
| 260 | vove |
| 261 | professional protective item store |
| 262 | totem store |
| 263 | NO.1 Fashion Hats Store |
| 264 | dfs2014 |
| 265 | We Are Young & Best |
| 266 | We Are Young & Best |
| 267 | Racing |
| 268 | Racing |
| 269 | AHL |
| 270 | The Beautiful Country |
| 271 | Fashion Hat's Store |
| 272 | Million Sports Mall |
| 273 | carlos case store |
| 274 | Ski clothing 1681 fashion |
| 275 | Gaz Rom Co., Ltd. |

| | |
|---|---|
| 276 | GUANGZHOU HENGHUI MOTORCYCLE PARTS CO.,LTD |
| 277 | In-Tool-Home Trusted tool mall ! |
| 278 | Smart Choice store |
| 279 | Digi-tech electronics |
| 280 | Preferential ski jacket dress 1868 |
| 281 | Car shell. |
| 282 | One Step One Change |
| 283 | Chic Paradise Art |
| 284 | Wonder Technology Co.,Ltd |
| 285 | Revolutionary Neon signs |
| 286 | SUNSHINE-H |
| 287 | JDMOTOR International Trading Co., Ltd |
| 288 | Drop Shop |
| 289 | HANS BO |
| 290 | Mastation |
| 291 | Hangzhou JiuCheng E-Commerce Co., Ltd. |
| 292 | Fast Racing |
| 293 | Hat Cap factory |
| 294 | Legend Trading Co., Ltd |
| 295 | Legend Trading Co., Ltd |
| 296 | An honest store |
| 297 | Personalized DIY |
| 298 | World Of Drop Shipping |
| 299 | World of DropShipping Cases |
| 300 | T-More Sport |
| 301 | L&SPORT |
| 302 | KingRuth |
| 303 | Wanse006 |
| 304 | Amazing Market |
| 305 | CccStore |
| 306 | BOBANDLEE |
| 307 | SUZHOU INTERNATIONAL CO,LTD |
| 308 | Tony's Garage |
| 309 | Living Goods Supply Center |
| 310 | Living Goods Supply Center |
| 311 | South Korea's Hong Kong |
| 312 | Exploiter |
| 313 | feng yi ju |
| 314 | EM-Mall |
| 315 | GVM RACING STORE |
| 316 | GVM RACING STORE |
| 317 | HHED Yesir |
| 318 | XJL'S SPORT COLLECTION |
| 319 | Alice watch |
| 320 | H & Z |
| 321 | Motorcycle appearance shop |
| 322 | SUMSOAR BOUTIQUE |

| 323 | Godspeed Lau |
|-----|--------------|
| 324 | Fashion wholesale Retail |
| 325 | Fashion Bag Zone |
| 326 | Freelander Outdoor |
| 327 | Yiwu Desong Hardware Jewelry Store |
| 328 | HOHO Film World |
| 329 | ShenZhen CBD Technology Co.,LTD |
| 330 | T-shirts wholesale shop |
| 331 | 4urlife |
| 332 | goog shopping |
| 333 | SameZone Group CO.,LTD |
| 334 | Rita's Outdoor Equipments Store |
| 335 | Eighteen Forever |
| 336 | freedom outdoor sports store |
| 337 | MKSR Professional auto parts modification |
| 338 | Topshasha |
| 339 | PATLI PASSION |
| 340 | Sport equipments |
| 341 | Guang Zhou Lan Qian Automobile & Bike Parts C... |
| 343 | X&M Motorcycle modification |
| 344 | Popular museum K3 |
| 345 | AMTy Technology Co., Ltd. |
| 346 | honlike |
| 347 | Guangzhou Wangyi Trade Co., Ltd. |
| 348 | mqxxc |
| 349 | Ski goggles store |
| 350 | Shenzhen Yongfu Car Parts Co.,Ltd. |
| 351 | Taizhou Joseph Motorcycle Parts Co.,Ltd |
| 352 | Taizhou Joseph Motorcycle Parts Co.,Ltd |
| 353 | Grand Prairie |
| 354 | zhejiang automobile fittings |
| 355 | Tina yao's store |
| 356 | Rockbiker trading co., Ltd |
| 357 | Autotop Selected |
| 358 | Hello Katie's store |
| 359 | Longchuan Sex Night Co.,Ltd. |
| 360 | Amntion- custom lanyard factory |
| 361 | SZ Elink Electronics Co., Ltd. |
| 362 | Xinxin |
| 363 | ADV PRO Advertising Shop since 1997 |
| 364 | Thinkmore Technology Co.,Ltd |
| 365 | Hong Kong macro Lin co., LTD |
| 366 | New Sight Vinyl World |
| 367 | Luis Trade .Ltd |
| 368 | Best Choice's Store Neon Light Sign wholesale... |
| 369 | Allen Johnson's store |
| 370 | Allen Johnson's store |

| | |
|---|---|
| 371 | Allen Johnson's store |
| 372 | Miao Gu Fashion Jewelry Co.,Ltd. |
| 373 | Bodhi Tree CO., LTD |
| 374 | Bodhi Tree CO.,LTD |
| 375 | Jessie's Super Store |
| 376 | Shenzhen Tongfangda Technology Co., Ltd. |
| 377 | Jinxin Trade Co., Ltd. |
| 378 | Electronic foreign trade |
| 379 | Mssmile store |
| 380 | Online Store 435619 Trade co., Ltd. |
| 381 | Russell DIRT BIKE ATV PARTS STORE |
| 383 | GuLuGuLu Store |
| 384 | MicroWorks EM Co., Ltd |
| 385 | JESSE Trading Co.,Ltd |
| 386 | Online Store 516272 |
| 387 | China's dashan shou tai co., LTD |
| 388 | Bela Kristen's store |
| 389 | Oriental Wholesale & Retail Store |
| 390 | Mr Zhu store |
| 391 | TGND babay fashion accessories store |
| 392 | Alexandr Li's store |
| 393 | Vivo Supermarket For You |
| 394 | Best Feel |
| 395 | Deal Shop |
| 396 | Shenzhen Wholesale Shop |
| 397 | Wholesale Price Top Service |
| 398 | Wholesale Price Top Service |
| 399 | Jeanshome - Wholesale belt buckles |
| 400 | Bestore trading |
| 401 | Pufeter business Co.,Ltd |
| 402 | Graceful Life |
| 403 | Graceful Life |
| 404 | xiulong he's store |
| 405 | Bob 's store |
| 406 | Wembley Night |
| 407 | EMILY CHENG |
| 408 | Cycling No.1 store |
| 409 | Langlang's motorcycle store |
| 410 | Langlang's motorcycle store |
| 411 | Motorcycle protective equipment |
| 412 | 1729mily |
| 413 | 1729mily |
| 414 | Fribest Industry Molding Factory |
| 415 | May's Store |
| 416 | IMPERIAL CROWN |
| 417 | Roya wholesale store |
| 418 | SHOW-ME |

| 419 | Haitun Store |
| 420 | Miss Lily Come On |
| 421 | SISI Top Beauty World |
| 422 | China LuJin supplies Processing plant |
| 423 | OVERSTEP GIFTS |
| 424 | Taiwan Motors |
| 425 | Bestcarwrap Ltd |
| 426 | Bestcarwrapy Ltd |
| 427 | ZXGYMT FAIRINGS |
| 428 | Guangzhou phoenix hotel tourism supplies |
| 429 | Online Store 738068 |
| 430 | tornado necklace shopping store No.1 |
| 432 | cindy pan's store Min Order usd$10 |
| 433 | HK SHENGYIN Technology Co., Ltd. |
| 434 | JL Group |
| 435 | Originality change life |
| 436 | Cherry Blossoms One-Stop Service |
| 437 | KELE STORE |
| 438 | Sun Nice socks |
| 439 | Pro Auto Beauty |
| 440 | B&Y Boutique |
| 441 | Shenzhen Felcosion Technology Co., Ltd. |
| 442 | Sports Bar |
| 443 | Dave's store |
| 444 | China Cylces |
| 445 | GoGo Sports Equipment |
| 446 | xxfairings LLC's store |
| 447 | Diego Sun's motor Store |
| 448 | MFS MOTOR Store |
| 449 | J&X International Comprehensive Trade Co.,Ltd |
| 450 | IDEALHERE E-COMMERCE TRADE LTD |
| 451 | Dear Lover Fashion Shenzhen Store |
| 452 | BJ Performance's store |
| 453 | Angel_Clothes Store |
| 454 | Shenzhen Orino Technology Co., Limited |
| 455 | Shenzhen Orino Technology Co., Limited |
| 456 | buckles family Brown's store |
| 457 | Cheapest Retailer |
| 461 | YOUR STYLE YOU CALL THE SHOTS |
| 462 | YiXing Yao's store |
| 463 | e-lifestyles |
| 464 | World of Home Décor since 2006 |
| 465 | Strawberry pie |
| 466 | Dongguan Babytree Garment Co.,Ltd |
| 467 | Hedy Ann store |
| 468 | piollowcase -store |

| 469 | sagi tong |
|---|---|
| 470 | caseexpressshipping |
| 471 | Sports Salon |
| 472 | ABC Technology World |
| 473 | beautylady1024 |
| 475 | x-motors |
| 477 | anna-store |
| 478 | great_seller_2010 |
| 479 | optimal-products |
| 480 | china-leds-factory |
| 481 | lamp-wholesaler |
| 482 | ronghua996 |
| 483 | ronghua996 |
| 484 | tilacc |
| 485 | ahmusawi |
| 486 | ahmusawi |
| 487 | coolhousestore |
| 488 | cretikone34 |
| 489 | danapark4 |
| 490 | danapark4 |
| 491 | gleglobal |
| 492 | lamisso33 |
| 493 | lokaloki98 |
| 494 | reinage |
| 495 | stickeraholic |
| 496 | taogik78 |
| 497 | venuswu |
| 498 | yoshitsune |
| 499 | WYZ Sheng Zheng electric Co. |
| 500 | evesin2009 car accessories |

| Defendant Online Marketplace Accounts | |
|---|---|
| **No** | **URL** |
| 1 | kcomfort.en.alibaba.com |
| 2 | aliexpress.com/store/1229356 |
| 3 | aliexpress.com/store/1522546 |
| 4 | aliexpress.com/item/2013-hot-new-design-10pcs-lots-Mqnster-Energy-case-cover-for-iphone-5-5th-free-shipping/1264934303.html |
| 5 | aliexpress.com/item/2013-hot-new-design-10pcs-lots-Mqnster-Energy-case-cover-for-iphone-5-5th-free-shipping/1504665337.html |
| 6 | aliexpress.com/item/2014-Fashionable-men-and-women-monster-paws-flat-brimmed-hat-paint-color-inkjet-point-level-street/1985286763.html |
| 7 | aliexpress.com/item/2014-free-shipping-hot-newest-arrival-5pcs-lots-wholesale-Mqnster-Energy-PU-leather-card-foldable-case/1531153296.html |
| 8 | aliexpress.com/item/2014-free-shipping-hot-newest-arrival-5pcs-lots-wholesale-Mqnster-Energy-PU-leather-card-foldable-case/32245682500.html |

| | |
|---|---|
| 9 | aliexpress.com/item/2014-Harajuku-trend-Monster-luminous-ghost-Star-Backpack-couple-student-backpack-canvas-bag-3color/1996977289.html |
| 10 | aliexpress.com/item/2014-New-coming-2pcs-lot-Mqnster-Energy-pu-leather-wallet-cases-for-iPhone-4-4g-4s/1505981246.html |
| 11 | aliexpress.com/item/2014-newest-KAWASAKI-monster-pattern-men-and-women-canvas-Riding-Backpack-mochilas-masculina-infantil-and-travel/32237214403.html |
| 12 | aliexpress.com/item/20pcs-lots-New-wholesale-Mqnster-Energy-hard-white-case-cover-for-iphone-4-4G-4S-free/1575118511.html |
| 13 | aliexpress.com/item/4-7-inch-white-side-for-I6-New-10pcs-lots-wholesale-Mqnster-Energy-hard-white-case/2049376144.html |
| 14 | aliexpress.com/item/Cell-Phone-Case-Cover-For-Galaxy-S3-Monsters-Energy-Protective-Stylish-Case-Hot-Sell-I9300-Cases/32270367501.html |
| 15 | aliexpress.com/item/Free-shipping-2014-hot-motorcycle-bike-motorcycle-backpack-travel-bag-large-capacity/32248984737.html |
| 16 | aliexpress.com/item/Free-Shipping-man-bag-personalized-double-backpack-bag-casual-travel-bag-man-bag-motorcycle-hard-pack/1485576499.html |
| 17 | aliexpress.com/item/Free-shipping-MONSTER-Hat-Flat-Brim-Hip-Hop-Punk-Baseball-Cap-Trucker-Hat-Sun-Hat/1662727493.html |
| 18 | aliexpress.com/item/Free-shipping-MONSTER-outdoors-water-bag-cycling-knapsack-mountaineering-bag-water-bag-backpack/1872620725.html |
| 19 | aliexpress.com/item/Free-Shipping-Original-Fox-Monster-Motorcycle-Bag-European-Brand-Riding-Backpack-for-Men/1876711555.html |
| 20 | aliexpress.com/item/Freeshipping-wholesale-mens-Monster-shirt-Autumn-shirts-fluorescent-cloth-The-ghost-s-paw-cloth-cloth-for/1286149765.html |
| 21 | aliexpress.com/item/Ghost-dog-MONSTER-riding-backpack-backpack-outdoor-sports-water-bottle-bag/899234304.html |
| 22 | aliexpress.com/item/High-quality-man-and-women-Monster-adjustable-snapback-hats-summer-baseball-caps-hip-hop-caps/1968152091.html |
| 23 | aliexpress.com/item/High-quality-man-and-women-Monster-adjustable-snapback-hats-summer-baseball-caps-hip-hop-caps-rap/1968152091.html |
| 24 | aliexpress.com/item/Kawasaki-ghost-MONSTER-rear-seat-bag-by-backpack-sports-bag-sports-car-by-the-package-free/1445362696.html |
| 25 | aliexpress.com/item/Kawasaki-MONSTER-rear-seat-package-rear-package-sports-backpack/628890110.html |
| 26 | aliexpress.com/item/Kawasaki-motorcycle-backpack-big-size-free-shipping/1891504673.html |
| 27 | aliexpress.com/item/Monster-Snapback-Free-shipping-wholesale-20pcs-lot-cheap-Monster-Snapback-cap-baseball-Snapback-cap-men-women/1870177773.html |
| 28 | aliexpress.com/item/MOTOGP-46-Rossi-2014-Rossi-monster-version-of-the-perfect-racing-cap-embroidered-hats-to-commemorate/1859126862.html |
| 29 | aliexpress.com/item/Motor-Monster-Blaster-BACKPACK-Motorbike-Helmet-Storage-bag-2014-biker-Sports-Duffles/1877343136.html |
| 30 | aliexpress.com/item/New-10pcs-lots-wholesale-Mqnster-Energy-hard-white-case-cover-for-iphone-5-5th-free-shipping/2041772531.html |
| 31 | aliexpress.com/item/new-2014-hot-monster-caps-Mens-and-womens-monster-caps-baseball-caps-fitted-caps-monster-cheap/2016457864.html |

| | |
|---|---|
| 32 | aliexpress.com/item/New-2014-Luminous-Monster-Ghostcrawler-printing-galaxy-Canvas-backpacks-Kid-School-Bags-for-teenagers-rucksack-laptop/2013485795.html |
| 33 | aliexpress.com/item/New-20pcs-lots-wholesale-Mqnster-Energy-hard-white-case-cover-for-iphone-5-5th-free-shipping/1669290955.html |
| 34 | aliexpress.com/item/New-Arrival-Yellow-Energy-Logo-Protective-Custom-Design-Rubber-Case-Cover-Phone-Case-for-iphone6/32221806083.html |
| 35 | aliexpress.com/item/New-Monster-Shirt-Classic-Model-Moto-GP-Serie/1873822043.html |
| 36 | aliexpress.com/item/Tide-hat-monster-ghost-hand-bboy-fluorescent-color-baseball-cap-flat-brimmed-hat-hiphop-hip-hop/2024772297.html |
| 38 | aliexpress.com/store/1014164 |
| 39 | aliexpress.com/store/1018084 |
| 40 | aliexpress.com/store/1018084 |
| 41 | aliexpress.com/store/1033539 |
| 42 | aliexpress.com/store/1037068 |
| 43 | aliexpress.com/store/1037808 |
| 44 | aliexpress.com/store/105098 |
| 45 | aliexpress.com/store/1052454 |
| 46 | aliexpress.com/store/105454 |
| 47 | aliexpress.com/store/1082607 |
| 48 | aliexpress.com/store/1082607 |
| 49 | aliexpress.com/store/1083171 |
| 50 | aliexpress.com/store/1083555 |
| 51 | aliexpress.com/store/1088102 |
| 52 | aliexpress.com/store/109472 |
| 53 | aliexpress.com/store/110714 |
| 54 | aliexpress.com/store/110962 |
| 55 | aliexpress.com/store/1110775 |
| 56 | aliexpress.com/store/1112973 |
| 57 | aliexpress.com/store/1131165 |
| 58 | aliexpress.com/store/1135073 |
| 59 | aliexpress.com/store/114049 |
| 60 | aliexpress.com/store/1146175 |
| 61 | aliexpress.com/store/1149249 |
| 62 | aliexpress.com/store/1159202 |
| 63 | aliexpress.com/store/1162333 |
| 64 | aliexpress.com/store/1168061 |
| 65 | aliexpress.com/store/1168489 |
| 66 | aliexpress.com/store/116984 |
| 67 | aliexpress.com/store/1186334 |
| 68 | aliexpress.com/store/1186525 |
| 69 | aliexpress.com/store/118958 |
| 70 | aliexpress.com/store/1189610 |
| 71 | aliexpress.com/store/1191537 |
| 72 | aliexpress.com/store/1196789 |
| 73 | aliexpress.com/store/1198582 |
| 74 | aliexpress.com/store/1200997 |

| 75 | aliexpress.com/store/1202603 |
|-----|------------------------------|
| 76 | aliexpress.com/store/120565 |
| 77 | aliexpress.com/store/1206116 |
| 78 | aliexpress.com/store/1209472 |
| 79 | aliexpress.com/store/1210864 |
| 80 | aliexpress.com/store/1212201 |
| 81 | aliexpress.com/store/1212725 |
| 82 | aliexpress.com/store/1213767 |
| 83 | aliexpress.com/store/1231049 |
| 84 | aliexpress.com/store/1235083 |
| 85 | aliexpress.com/store/124395 |
| 86 | aliexpress.com/store/1244123 |
| 87 | aliexpress.com/store/1246512 |
| 88 | aliexpress.com/store/1246881 |
| 89 | aliexpress.com/store/1246896 |
| 90 | aliexpress.com/store/1260102 |
| 91 | aliexpress.com/store/1262166 |
| 92 | aliexpress.com/store/1263073 |
| 93 | aliexpress.com/store/1267186 |
| 94 | aliexpress.com/store/1269349 |
| 95 | aliexpress.com/store/1269482 |
| 96 | aliexpress.com/store/1276108 |
| 97 | aliexpress.com/store/127895 |
| 98 | aliexpress.com/store/127895 |
| 99 | aliexpress.com/store/1283084 |
| 100 | aliexpress.com/store/1283084 |
| 101 | aliexpress.com/store/1292494 |
| 102 | aliexpress.com/store/1294491 |
| 103 | aliexpress.com/store/1295445 |
| 104 | aliexpress.com/store/1298333 |
| 105 | aliexpress.com/store/1304064 |
| 106 | aliexpress.com/store/1314600 |
| 107 | aliexpress.com/store/1315325 |
| 108 | aliexpress.com/store/1318060 |
| 109 | aliexpress.com/store/132381 |
| 110 | aliexpress.com/store/1330244 |
| 111 | aliexpress.com/store/1330963 |
| 112 | aliexpress.com/store/1331504 |
| 113 | aliexpress.com/store/1331531 |
| 114 | aliexpress.com/store/1332543 |
| 115 | aliexpress.com/store/1343023 |
| 116 | aliexpress.com/store/1359595 |
| 117 | aliexpress.com/store/1363019 |
| 118 | aliexpress.com/store/1370190 |
| 119 | aliexpress.com/store/1380858 |
| 120 | aliexpress.com/store/1389649 |
| 121 | aliexpress.com/store/1397225 |

| | |
|---|---|
| 122 | aliexpress.com/store/1398845 |
| 123 | aliexpress.com/store/1398952 |
| 124 | aliexpress.com/store/140272 |
| 125 | aliexpress.com/store/1407219 |
| 126 | aliexpress.com/store/1410240 |
| 127 | aliexpress.com/store/1410240 |
| 128 | aliexpress.com/store/1416042 |
| 129 | aliexpress.com/store/1429151 |
| 130 | aliexpress.com/store/1452854 |
| 131 | aliexpress.com/store/1452854 |
| 132 | aliexpress.com/store/1454359 |
| 133 | aliexpress.com/store/1454483 |
| 134 | aliexpress.com/store/1454889?spm=0.0.0.0.ukjcv5 |
| 135 | aliexpress.com/store/1461891 |
| 136 | aliexpress.com/store/1462068 |
| 137 | aliexpress.com/store/1470302 |
| 138 | aliexpress.com/store/1477218 |
| 139 | aliexpress.com/store/1480015 |
| 140 | aliexpress.com/store/1482131 |
| 141 | aliexpress.com/store/1485085 |
| 142 | aliexpress.com/store/1485085 |
| 143 | aliexpress.com/store/1496479 |
| 144 | aliexpress.com/store/1499944 |
| 145 | aliexpress.com/store/1501361 |
| 146 | aliexpress.com/store/1502292 |
| 147 | aliexpress.com/store/1523241 |
| 148 | aliexpress.com/store/1523241 |
| 149 | aliexpress.com/store/1523269 |
| 150 | aliexpress.com/store/1537061 |
| 151 | aliexpress.com/store/1540205 |
| 152 | aliexpress.com/store/1542144 |
| 153 | aliexpress.com/store/1543453 |
| 154 | aliexpress.com/store/1544060 |
| 155 | aliexpress.com/store/1552296 |
| 156 | aliexpress.com/store/1552454 |
| 157 | aliexpress.com/store/1556419 |
| 158 | aliexpress.com/store/1595006 |
| 159 | aliexpress.com/store/15998 |
| 160 | aliexpress.com/store/1621103 |
| 161 | aliexpress.com/store/1628339 |
| 162 | aliexpress.com/store/1630446 |
| 163 | aliexpress.com/store/1662160 |
| 164 | aliexpress.com/store/1666542 |
| 165 | aliexpress.com/store/1678161 |
| 166 | aliexpress.com/store/1678378 |
| 167 | aliexpress.com/store/1680125 |
| 168 | aliexpress.com/store/1685110 |

| | |
|---|---|
| 169 | aliexpress.com/store/1687051 |
| 170 | aliexpress.com/store/1707803 |
| 171 | aliexpress.com/store/1710852 |
| 172 | aliexpress.com/store/1711800 |
| 173 | aliexpress.com/store/1724089 |
| 175 | aliexpress.com/store/1736383 |
| 176 | aliexpress.com/store/1737430 |
| 177 | aliexpress.com/store/1748202 |
| 178 | aliexpress.com/store/203487 |
| 179 | aliexpress.com/store/205021 |
| 180 | aliexpress.com/store/205139 |
| 181 | aliexpress.com/store/207461 |
| 182 | aliexpress.com/store/208793 |
| 183 | aliexpress.com/store/213090 |
| 184 | aliexpress.com/store/213090 |
| 185 | aliexpress.com/store/215189 |
| 186 | aliexpress.com/store/218834 |
| 187 | aliexpress.com/store/221045 |
| 188 | aliexpress.com/store/224284 |
| 189 | aliexpress.com/store/230150 |
| 190 | aliexpress.com/store/239314 |
| 191 | aliexpress.com/store/239508 |
| 192 | aliexpress.com/store/313537 |
| 193 | aliexpress.com/store/315222 |
| 194 | aliexpress.com/store/316100 |
| 195 | aliexpress.com/store/316795 |
| 196 | aliexpress.com/store/317471 |
| 197 | aliexpress.com/store/317701?spm=0.0.0.0.ktA11S |
| 198 | aliexpress.com/store/318424 |
| 199 | aliexpress.com/store/342635 |
| 200 | aliexpress.com/store/404344 |
| 201 | aliexpress.com/store/405726 |
| 202 | aliexpress.com/store/405726 |
| 203 | aliexpress.com/store/405726 |
| 204 | aliexpress.com/store/409322 |
| 205 | aliexpress.com/store/414192 |
| 206 | aliexpress.com/store/414192 |
| 207 | aliexpress.com/store/414270 |
| 208 | aliexpress.com/store/415509 |
| 209 | aliexpress.com/store/421701 |
| 210 | aliexpress.com/store/423919 |
| 211 | aliexpress.com/store/429326 |
| 212 | aliexpress.com/store/435619 |
| 213 | aliexpress.com/store/435808 |
| 215 | aliexpress.com/store/509709 |
| 216 | aliexpress.com/store/513039 |
| 217 | aliexpress.com/store/513240 |

| 218 | aliexpress.com/store/516272 |
|-----|------------------------------|
| 219 | aliexpress.com/store/518650 |
| 220 | aliexpress.com/store/519207 |
| 221 | aliexpress.com/store/521938 |
| 222 | aliexpress.com/store/526279 |
| 223 | aliexpress.com/store/528290 |
| 224 | aliexpress.com/store/528902 |
| 225 | aliexpress.com/store/533451 |
| 226 | aliexpress.com/store/539356 |
| 227 | aliexpress.com/store/604034 |
| 228 | aliexpress.com/store/605529 |
| 229 | aliexpress.com/store/606970 |
| 230 | aliexpress.com/store/606970 |
| 231 | aliexpress.com/store/611987 |
| 232 | aliexpress.com/store/620472 |
| 233 | aliexpress.com/store/621783 |
| 234 | aliexpress.com/store/622234 |
| 235 | aliexpress.com/store/622234 |
| 236 | aliexpress.com/store/622453 |
| 237 | aliexpress.com/store/626248 |
| 238 | aliexpress.com/store/626383 |
| 239 | aliexpress.com/store/627927 |
| 240 | aliexpress.com/store/630395 |
| 241 | aliexpress.com/store/631239 |
| 242 | aliexpress.com/store/631239 |
| 243 | aliexpress.com/store/633895 |
| 244 | aliexpress.com/store/700568 |
| 245 | aliexpress.com/store/700568 |
| 246 | aliexpress.com/store/700568 |
| 247 | aliexpress.com/store/712882 |
| 248 | aliexpress.com/store/713636 |
| 249 | aliexpress.com/store/715136 |
| 250 | aliexpress.com/store/716811 |
| 251 | aliexpress.com/store/718343 |
| 252 | aliexpress.com/store/718346 |
| 253 | aliexpress.com/store/718916 |
| 254 | aliexpress.com/store/720570 |
| 255 | aliexpress.com/store/727281 |
| 256 | aliexpress.com/store/728327 |
| 257 | aliexpress.com/store/734633 |
| 258 | aliexpress.com/store/734633 |
| 259 | aliexpress.com/store/736293 |
| 260 | aliexpress.com/store/737547 |
| 261 | aliexpress.com/store/738068 |
| 262 | aliexpress.com/store/806452 |
| 264 | aliexpress.com/store/812201 |
| 265 | aliexpress.com/store/812210 |

| 266 | aliexpress.com/store/815580 |
| 267 | aliexpress.com/store/816049 |
| 268 | aliexpress.com/store/818235 |
| 269 | aliexpress.com/store/819814 |
| 270 | aliexpress.com/store/820421 |
| 271 | aliexpress.com/store/820638 |
| 272 | aliexpress.com/store/821073 |
| 273 | aliexpress.com/store/822409 |
| 274 | aliexpress.com/store/825083 |
| 275 | aliexpress.com/store/827494 |
| 276 | aliexpress.com/store/827912 |
| 277 | aliexpress.com/store/829345 |
| 278 | aliexpress.com/store/830994 |
| 279 | aliexpress.com/store/831023 |
| 280 | aliexpress.com/store/832963 |
| 281 | aliexpress.com/store/835351 |
| 282 | aliexpress.com/store/902820 |
| 283 | aliexpress.com/store/910354 |
| 284 | aliexpress.com/store/913987 |
| 285 | aliexpress.com/store/916778 |
| 286 | aliexpress.com/store/924156 |
| 287 | aliexpress.com/store/924156 |
| 288 | aliexpress.com/store/924747 |
| 289 | aliexpress.com/store/926011 |
| 293 | aliexpress.com/store/929154 |
| 294 | aliexpress.com/store/931318 |
| 295 | aliexpress.com/store/931955 |
| 296 | aliexpress.com/store/937192 |
| 297 | aliexpress.com/store/product/10pcs-lot-cartoon-Monster-Energy-claws-ghost-monster-single-sided-key-ring-Keychains-pendant-wholesale-gift/1684140_32277839078.html |
| 298 | aliexpress.com/store/product/10pcs-lot-cartoon-Monster-Energy-claws-ghost-monster-single-sided-key-ring-Keychains-pendant-wholesale-gift/222168_32276847051.html |
| 299 | aliexpress.com/store/product/Hot-6pcs-lots-Mqnster-Energy-hard-Transparent-Clear-case-cover-for-Samsung-S3-i9300-Wholesale-and/1267463_1889700716.html |
| 300 | aliexpress.com/store/product/two-Side-Custom-PillowCase-monster-energy-PillowCase-20x30-inch/1431025_32241732979.html |
| 301 | aliexpress.com/supplier-fm/wholesale-products/231861105-productlist.html |
| 302 | ioffer.com/selling/caseexpressshipping |
| 303 | pt.aliexpress.com/store/1243215 |
| 304 | www.aliexpress.com/store/1184190 |
| 305 | ebay.com/itm/Cotton-Acrylic-Blended-Baggy-Beanie-Winter-Hats-Outdoor-Ski-Caps-Monster-Fashion-/390967240315?pt=US_Hats&var=&hash=item5b0776a67b |
| 307 | ebay.com/itm/Honda-CRF50-XR50-Pit-bike-black-plastic-kit-Fairing-XR-CRF-3M-graphic-decal-/181114645340?pt=Motorcycles_Parts_Accessories&hash=item2a2b462b5c&vxp=mtr |

| | |
|---|---|
| 309 | ebay.com/itm/New-Fashion-Cotton-Blended-Baggy-Beanie-Winter-Hats-Outdoor-Caps-Monster-/191438893695?pt=US_Baseball_Fan_Shop&hash=item2c92a5b27f |
| 310 | ebay.com/itm/New-Fashion-Cotton-Blended-Baggy-Beanie-Winter-Hats-Outdoor-Caps-Monster-/251724348363?pt=US_Hats&var=&hash=item3a9bf0bbcb |
| 311 | ebay.com/itm/NEW-Mens-Motogp-Valentino-Rossi-Monster-46-VR46-Baseball-Hat-Peaked-Cap-Moto-GP-/251728464725?pt=Apparel_Merchandise&hash=item3a9c2f8b55&vxp=mtr |
| 312 | ebay.com/itm/Pro-Racing-Motor-Motocross-Bike-Full-Finger-Cycling-Warm-Gloves-Size-M-L-XL-XXL-/201220040643?pt=US_Cycling_Clothing&var=&hash=item2ed9a627c3 |
| 313 | ebay.com/itm/Pro-Racing-Motor-Motocross-Full-Finger-Windproof-Warm-Gloves-Size-M-L-XL-XXL-/281497917939?pt=US_Cycling_Clothing&var=&hash=item418a9559f3 |
| 314 | ioffer.com/selling/ronghua996 |
| 315 | ioffer.com/selling/ronghua996 |
| 316 | ioffer.com/i/subaru-world-ralley-team-polo-534939444 |
| 317 | ioffer.com/selling/ahmusawi |
| 318 | ioffer.com/selling/ahmusawi |
| 319 | ioffer.com/selling/coolhousestore |
| 320 | ioffer.com/selling/cretikone34 |
| 321 | ioffer.com/selling/danapark4 |
| 322 | ioffer.com/selling/danapark4 |
| 323 | ioffer.com/selling/gleglobal |
| 324 | ioffer.com/selling/lamisso33 |
| 325 | ioffer.com/selling/lokaloki98 |
| 326 | ioffer.com/selling/reinage |
| 327 | ioffer.com/selling/stickeraholic |
| 328 | ioffer.com/selling/taogik78 |
| 329 | ioffer.com/selling/venuswu |
| 330 | ioffer.com/selling/yoshitsune |
| 331 | aliexpress.com/store/1427265 |
| 332 | aliexpress.com/store/807105 |

| | Defendant Domain Names |
|---|---|
| 1 | greathosting.us |
| 2 | newerait.biz |
| 3 | cheap-hats.cc |
| 4 | thecheek.co.uk |
| 5 | ttbuy.co.uk |
| 6 | capsnewerauk.co.uk |
| 7 | foriphone6cases.co.uk |
| 8 | cheapoutletforsale.com |
| 9 | vipsportcaps.com |
| 10 | topsportcaps.com |
| 11 | inmkstyle.com |
| 12 | fashiongreatshop.com |

| 13 | goonvip2.com |
|----|--------------|
| 14 | shoes-online-stores.com |
| 15 | airmaxzapatos.com |
| 16 | shoes-sellers.com |
| 17 | tradeey.com |
| 18 | crazyhatsclub.com |
| 19 | cheapenjoy27.com |
| 20 | supremecasquette.com |
| 21 | free-hats.com |
| 22 | salecheaphats.com |
| 23 | trade-aliexpress.com |
| 24 | goodt-shirtok.com |
| 25 | topmarqueslink2015.com |
| 26 | bigdatamadereal.com |
| 27 | cambtfootwear.com |
| 28 | topmarqueweb2015.com |
| 29 | topmarqueslinks2015.com |
| 30 | enstoreonline.com |
| 31 | yeahclothes.com |
| 32 | eztogs.com |
| 33 | monsterenergyfan.com |
| 34 | descasquettepascher.com |
| 35 | spormarkde.com |
| 36 | dcshoessaleshop.com |
| 37 | kepsarsverigerea.com |
| 38 | kappewien.com |
| 39 | billigakepsaronline.com |
| 40 | finewyou.com |
| 41 | cahothats.com |
| 42 | capscheap.com |
| 43 | cheapredcap.com |
| 44 | snapbackolshop.com |
| 45 | marqueciel.com |
| 46 | newerakepsarse.com |
| 47 | lookfreecrochethatpatterns.com |
| 48 | xn--kbkasketter-ggb.com |
| 49 | dcshoesoutletonline.com |
| 50 | buyinghatsonline.com |
| 51 | hattnettbutikk.com |
| 52 | venditacappellini.com |
| 53 | negozioneweraoutlet.com |
| 54 | wholesalesnapbackscaps.com |
| 55 | dhbiz.com |
| 56 | schoenenwinkelbe.com |
| 58 | nflit.com |
| 59 | popcaps4u.com |
| 60 | jogodepuzzle.com |

| 61 | 2013hats.com |
| 62 | newera-vendita.com |
| 63 | gorrasprecios.com |
| 64 | cappellinimilano.com |
| 65 | thefashionnewerahats.com |
| 66 | capsforamerica.com |
| 67 | foriphone6casesale.com |
| 68 | monsterenergyhats2015.com |
| 69 | supplyfashionhats.com |
| 70 | hatsown.com |
| 71 | schuhepreis.com |
| 72 | cappelliitaly.com |
| 73 | lescasquettessoldes.com |
| 74 | outletcappelli.com |
| 75 | offertacappelli.com |
| 76 | eshatmallss.com |
| 77 | hatspain.com |
| 78 | monsterclothinglove.com |
| 79 | cappellosaldi.com |
| 80 | kappebilliger.com |
| 81 | diamondsnapbackz.com |
| 82 | dconlinetekoop.com |
| 83 | hatsonlinestoreusa.com |
| 84 | cappellimoda.com |
| 85 | neweravenditamilano.com |
| 86 | hattoslo.com |
| 87 | gorrasbaratasenmadrid.com |
| 88 | offertecappelli.com |
| 89 | capsonline2014.com |
| 90 | discountclassiccaps.com |
| 91 | monsterenergystyle.com |
| 92 | classiccapsonline.com |
| 93 | bestfashionhats.com |
| 94 | capsstorewholesale.com |
| 95 | dulichhomnay.com |
| 96 | newhatsera.com |
| 97 | bouncebacktolife.com |
| 98 | newera-fr.com |
| 99 | hatspop.com |
| 100 | dc-danmark.com |
| 101 | capsoutletwholesale.com |
| 102 | modaneweraonline.com |
| 103 | neweraberlinshop.com |
| 104 | wholesale-snapbackshats.com |
| 105 | antiquesilverco.com |
| 106 | ventadczapatillas.com |
| 107 | herreidmotel.com |

| 108 | clubprepa.com |
| 109 | monsterenergyusa.com |
| 110 | repvip.com |
| 111 | achetermode.com |
| 112 | newerabaratasgorras.com |
| 113 | cheapredcapss.com |
| 114 | abocompany.com |
| 115 | airmagfr.com |
| 116 | casquettes-snapback.com |
| 117 | weplel.com |
| 118 | thehockeyweb.com |
| 119 | orderangrybirdscrochethat.com |
| 120 | ownlidssnapbacks.com |
| 121 | lookspongebobcrochethatpattern.com |
| 122 | sportiveuomoit.com |
| 123 | soundshopstudios.com |
| 124 | schuhdekaufens.com |
| 125 | speicherbillig.com |
| 126 | somsko.com |
| 127 | nssportsco.com |
| 128 | casquetteparisvente.com |
| 129 | dconlinezapatillas.com |
| 130 | dcshoes2014.com |
| 131 | happyshophere.com |
| 132 | achatlescasquettes.com |
| 133 | 33neweracasquette.com |
| 134 | herehats.com |
| 135 | topdcshoes.com |
| 136 | capsandhatsoutlet.com |
| 137 | begintrade2015.com |
| 138 | ushatcapss.com |
| 139 | bestnewerashop.com |
| 140 | newerastoreonline.com |
| 141 | neweraitalia2014.com |
| 142 | cappellinimoda.com |
| 143 | 90hats.com |
| 144 | latestsnapbacks.com |
| 145 | lidshatland.com |
| 146 | clmmm.com |
| 147 | dcshoesonlineoutlet.com |
| 148 | modaneweraitalia.com |
| 149 | kappegunstig.com |
| 150 | tiendasgorras.com |
| 151 | hatsonlineclassic.com |
| 152 | lovewumarket.com |
| 153 | outletck.com |
| 154 | casquettedefrance.com |

| 155 | ventadenewera.com |
| 156 | kepsrea.com |
| 157 | geografic.info |
| 158 | snapbackcapno.info |
| 159 | cheapsnapbackscaps.me.uk |
| 160 | salebestgoods.net |
| 161 | newera59fiftycheap.net |
| 162 | jerseyonfire.net |
| 163 | buycheapnewerasnapbacks.net |
| 164 | lookbugsbunnybullssnapback.net |
| 165 | buyhatergalaxysnapback.net |
| 166 | shopcheapnewerasnapbacks.net |
| 167 | owntisasnapbackhats.net |
| 168 | wear666.net |
| 169 | customnewerahats.org |
| 170 | mlbhatsnewera.org |
| 171 | snapbackshatsforsale.org |
| 172 | hatsstore.org |
| 173 | paschernewera.org |
| 174 | cappellisaldi.org |
| 175 | hiveronline2015.org |
| 176 | dcshoesonlinestore.org |
| 177 | snapbackvips.org |
| 178 | chausetdoud.org |
| 179 | cheaphatswholesale.org |
| 180 | shopcheapnewerasnapbacks.org |
| 181 | lookbugsbunnybullssnapback.org |
| 182 | kasketter.org |
| 183 | samsunggalaxys5cases.us |
| 184 | lidalida.us |
| 185 | cheapgears.us |
| 186 | limp.us |
| 187 | odfjell.us |
| 188 | earthweek.us |
| 189 | eurobungy.us |
| 190 | gaytravelinformation.us |
| 191 | nitroland.us |
| 192 | newerastoreoutlet.us |
| 193 | newerahats.us |
| 194 | danmarcou.us |
| 195 | justdesignwith.us |
| 196 | hamamotuyagi.us |
| 197 | enterprise-cloud.us |
| 198 | danceno1.us |
| 199 | newerahatsale.us |
| 200 | hatsofferonline.us |
| 201 | capsoutletonline.us |

| 202 | neweraoutletonline.us |
|-----|-----------------------|
| 203 | sustains.us |