**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHEN WENSHENG, *et al.*,<br><br>Defendants. | Case No. 15-cv-4166<br><br>Judge Joan H. LefKow<br><br>Mag. Judge Daniel G. Martin |

**DECLARATION**

I, ZHANG YUAN, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief.

1. I am the owner of alliexpress.com store 205139.

2. I am a citizen of China. My address is xi cheng ling zhang cun xi qu 26#, yong kang zhe jiang, China 321300.

3. I have never been to Illinois and I do not conduct any regular business with anyone or any company located in Illinois. I do not advertise my store in the US and I do not advertise my store to customers in Illinois. I do not use social media to advertise to potential buyers. I also do not send advertising emails to potential buyers.

4. I am an independent small business, not associated with any other Defendants listed in Schedule A in the Complaint. I buy products from other sellers online or offline, and sell them through my online account. I am not equipped with the proper means to identify the authenticity of origin of any particular product.

5. On January 16, 2015, a buyer claiming to be Tyronn Chen approached me to buy stickers for dirt bikes. This sale was not completed. Exhibit A.

6. Plaintiff has now frozen $11,744.89 in my PayPal account. None of the funds in this account

are for sales of Plaintiff's products.

7. These funds are needed for me to pay my attorney and to support my family. I run my small business online account. The funds pay my family's living expenses. My family includes my wife, father, mother and two daughters.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date below.

______________________________

ZHANG YUAN

______________________________

Date

are for sales of Plaintiff's products.

7. These funds are needed for me to pay my attorney and to support my family. I run my small business online account. The funds pay my family's living expenses. My family includes my wife, father, mother and two daughters.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date below.

zhang Yuan

ZHANG YUAN

2015.06.22

Date

Exhibit A


AliExpress.com : My AliEx
KLX110 3M MONSTER gra
mqxxc - Small Orders Onli
Inbox - wang.zh2323@gm
Online Buy Wholesale mo
www.aliexpress.com/store/205139
AliExpress
SuperDeals
Bestselling
iTao.com
Buyer Protection
Help
Mobile
Ship to / USD / Select Language
CATEGORIES
I'm shopping for...
On AliExpress
In this store
Cart
Wish List
Hi, Tyronn
My AliExpress
mqxxc
Store No.205139
Top-rated Seller
Feedback is unavailable
Store Home
Products
Sale Items
Top Selling
Feedback
Contact Details
Home > Store Home
Store Categories
monkey bike z50
sauna
dirt bike parts
atv parts
monkey bike parts
Electric parts of CDI
cooler radiator
engine parts
sprocket
other



AliExpress.com : My AliEx | KLX110 3M MONSTER gra | mqxxc - Small Orders Onli | Inbox - wang.zh2323@gm | Online Buy Wholesale mo

www.aliexpress.com/item/KLX110-3M-graphic-sticker-decals-green-plastic-for-KAWASAKI-MOTORCYCLE-MOTO-DIRT-PIT-BIKE-klx11(

SuperDeals Bestselling iTao.com Buyer Protection Help Mobile Ship to / USD / Select Language

AliExpress Smarter Shopping, Better Living! I'm shopping for... All Categories 0 Cart Wish List Hi, Tyronn My AliExpress

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories & Parts > Frames & Fittings > Covers & Ornamental Mouldings

KLX110 3M MONSTER graphic sticker decals + green plastic for KAWASAKI MOTORCYCLE MOTO DIRT PIT BIKE klx110 kx65 K008

Store No: 205139

Mouse over to zoom in

Product ID: 1688139793 KLX110 3M MONSTER graphic sticke...

share:

Here is a chance to share the AliExpress.com website and get points, which you can then convert to coupons.

Price: US $39.99 / piece

Bulk Price

Shipping: US $27.95 to United States via ePacket

Estimated Delivery Time: 5-15 days (ships out within 3 business days)

Quantity: 1 piece (999 pieces available)

Total Price: US $67.94

Buy Now | Add to Cart

Add to Wish List (3 Adds)

Return Policy: Returns accepted if product not as described, buyer pays return shipping; or keep the product & agree refund with seller. View details

Seller Guarantees: On-time Delivery 27 days

Buyer Protection

Full Refund if you don't receive your order

Refund or Keep items not as described

Learn More

Top-rated Seller

Sold By

mqxxc

China (Mainland) (Zhejiang)

197

98.8% Positive feedback

Detailed seller ratings

Visit Store

Contact Seller

Contact Now

Seller Online

Service Center

ZHANGYUAN

www.aliexpress.com/store/205139


AliExpress.com : My AliEx
KLX110 3M MONSTER gra
mqxxc - Small Orders Onli
Inbox - wang.zh2323@gm
Online Buy Wholesale mo
www.aliexpress.com/item/KLX110-3M-graphic-sticker-decals-green-plastic-for-KAWASAKI-MOTORCYCLE-MOTO-DIRT-PIT-BIKE-klx11
Product Details
Feedback (0)
Shipping & Payment
Seller Guarantees
motorcycle 3m graphics kit decals s...
US $22.99 / piece
Recent Orders (10)
2002-2008 KTM50 KTM 3M GRAPHICS DEC...
US $50.00 / Set
Recent Orders (7)
View More
Trending Products
motorcycle parts Electrical connect...
US $25.00 / piece
NEW 3M BBR green graphics kit decal
www.aliexpress.com/store/205139
MONSTER ENERGY
MONSTER
TOYOTA

AliExpress.com : My AliEx | Please Confirm Your Orde | mqxxc - Small Orders Onli | Inbox - wang.zh2323@gm | Online Buy Wholesale mo

shoppingcart.aliexpress.com/order/confirm_order.htm?objectId=1688139793&from=aliexpress&countryCode=US&shippingCompany=E

**Tyronn Chen**
3318 N Keystone Ave
Chicago, Illinois, 60302
United States
Phone Number: +1 - 312 - 623-0092
Mobile Number:1-312-623-0092
Edit

+ Add a new address

**2. Review and confirm your order (1 items):**

Seller: mqxxc

Product Name & Details



KLX110 3M MONSTER graphic sticker decals + green plastic for KAWASAKI MOTORCYCLE MOTO DIRT PIT BIKE klx110 kx65 K008

1 piece × US $39.99

ePacket

**US $27.95**
Delivery Time: 5-15 days
Processing Time: 3 days

Leave a message for this seller:

You can leave a message for the seller.

Max. 1,000 English characters or Arabic numerals only. No HTML codes.

Subtotal: US $39.99

Resolving host...


AliExpress.com : My AliEx
Please Confirm Your Orde
Wholesale online store co
Inbox - wang.zh2323@gm
Online Buy Wholesale mo
www.aliexpress.com/store/contactinfo/205139.html
CATEGORIES
I'm shopping for...
On AliExpress
In this store
Cart
Wish List
My AliExpress
mqxxc
Store No.205139
Top-rated Seller
197
98.8% positive feedback
Store Home
Products
Sale Items
Top Selling
Feedback
Contact Details
Home > Store Home > Contact Details
Store Categories
monkey bike z50
sauna
dirt bike parts
atv parts
monkey bike parts
Electric parts of CDI
cooler radiator
engine parts
sprocket
other
Others
Service Center
Contact Details
Contact Person: Mr. zhang yuan
Chat now!
Contact Now
Street Address: xichengjiedaolingzhangcun108hao
City: yongkang
Province/State: Zhejiang
Country/Region: China (Mainland)
Zip: 321300
Department: Sales
Position: manager
Website: http://www.aliexpress.com/store/205139


AliExpress.com : My AliEx
Please Confirm Your Orde
Wholesale online store co
Inbox - wang.zh2323@gm
Online Buy Wholesale mo
message.aliexpress.com/message/messagecenter_detail.htm?from=list&relationId=206370534
AliExpress
My AliExpress
Cart
Help
Select Language
Welcome Tyronn! | Sign Out
I'm shopping for...
All Categories
Search
My AliExpress
Transactions
Message Center
My Lists
Account
Message Center
Conversations
Eva - Virtual Agent
24 Hour Smart Response
Ask questions
Conversation Details
Go back to Conversations
Delete conversation
Send to: zhang yuan
mqxxc
Insert smileys
1 of 7 Page
Upload a Photo
Notice: Please do not disclose any personal expecially credit card information to sellers for security reason! You can upload one photo (max size 5MB) with your message to the seller. The format of the photo should be in jpg, png, gif, or bmp.
Send
1 of 1 Page
zhang yuan
23:31 Jan 30,2015
paypal: 1060727104@qq.com

AliExpress.com : My AliEx | Please Confirm Your Orde | Wholesale online store co | Inbox - wang.zh2323@gm | Online Buy Wholesale mo

message.aliexpress.com/message/messagecenter_detail.htm?from=list&relationId=206370534

Send

1 of 1 Page

**zhang yuan**
23:31 Jan 30,2015

paypal: 1060727104@qq.com

23:29 Jan 30,2015

shipping to USA?
shipping and item 20 set $1150

23:09 Jan 30,2015

hi friend
yes I have inventory.
yes You can PAYPAL payment.
thank you

**Me**
22:12 Jan 30,2015

I would like to buy20 of this item if you have stock. Need to pay with paypal account. Please message back if we can do business.



**About this product:**
KLX110 3M MONSTER graphic sticker decals + green plastic for KAWASAKI MOTORCYCLE

Reply about this product

1

Company Info - Partnerships
Online Shopping - Buy - Sell - All Promotions - My Orders - Help - Site Map - Customer Service - About AliExpress - Mobile Site
Browse Alphabetically: All Popular, Wholesale Product, Promotion, Price, Cheap, Compare, Reviews, Dollar Deals
French, German, Italian, Japanese, Korea, Netherlands, Portuguese, Russian, Spanish, Arabic, Thai, Turkish, Vietnamese, Hebrew

Alibaba Group | Taobao Marketplace | Tmall.com | Juhuasuan | AliExpress | Alibaba.com | 1688.com | Alimama | Alibaba Cloud Computing | YunOS | AliTelecom | HiChina | Taobao Travel | Xiami | Laiwang | Alipay
Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Safe Trading Tips - Report Intellectual Property Right Infringement

© 2010-2015 AliExpress.com. All rights reserved.