IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHEN WENSHENG and 400+ others, ) <br> ) <br> Defendants. ) <br> ) | Case No. 15-cv-4166 <br><br> Judge Joan H. Lefkow <br><br> Magistrate Judge Daniel G. Martin |

## 2ND CORRECTED NOTICE OF MOTION

Please take notice:

Defendants Best Buy Car Wrap, Ltd.; Digi-Tech Electronics, and Cycles Club-1 will appear before the Honorable Joan H. Lefkow, in courtroom 2201 at 219 S. Dearborn Street, Chicago, IL, on July 22, 2015, at 10:00 a.m., or as soon as counsel can be heard, to then respectfully move this Honorable Court for setting a settlement conference in this case, as sought in the accompanying motion and memorandum. You are invited to attend and be heard.

Dated this 15th day of July, 2015.        Respectfully submitted,

/s/ John R. Crossan/
Crossan IP Law, LLC
875 N Michigan Ave., #3216
Chicago, IL  60611-1960
312-498-2365
Fax:  312-264-0770
jrc@crossaniplaw.com
Counsel for the 3 defendants named

CERTIFICATE OF SERVICE

A true copy of the foregoing is being served on counsel for other parties who have filed appearances in the case, by way of the Court's CM/ECF system, including on Plaintiff's counsel as below, this 15th day of July, 2015.

                                  Kevin W. Guynn, Esq.
                                  Amy C. Ziegler, Esq
                                  Justin R. Gaudio, Esq
                                  Jessica L. Bloodgood, Esq
                                  GREER, BURNS & CRAIN, LTD.
                                  300 South Wacker Drive, Suite 2500
                                  Chicago, Illinois 60606
                                  312.360.0080 (facsimile)

                                  /s/ John R. Crossan/_____