**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MONSTER ENERGY COMPANY, | ) | |
| | ) | Case No. 15-cv-4166 |
| Plaintiff, | ) | |
| | ) | **Judge Joan H. Lefkow** |
| v. | ) | |
| | ) | **Magistrate Judge Daniel G. Martin** |
| CHEN WENSHENG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FINAL JUDGMENT ORDER**
**AGAINST THE DEFENDANTS IDENTIFIED IN SECOND AMENDED SCHEDULE A,**
**WITH THE EXCEPTION OF CERTAIN DEFENDANTS**

This action having been commenced by Plaintiff Monster Energy Company ("MEC")

against the defendants identified on Schedule A and using the Defendant Domain Names and

Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and MEC having

moved for entry of Default and Default Judgment against the defendants identified on Second

Amended Schedule A, with the exception of CYCLES CLUB-1 on line 222 of the Defendants

section and associated with the URL aliexpress.com/store/110962 on line 54 of the Defendant

Online Marketplace Accounts section of Second Amended Schedule A; Digi-tech electronics on

line 279 of the Defendants section and associated with the URL aliexpress.com/store/1330963 on

line 111 of the Defendant Online Marketplace Accounts section of Second Amended Schedule

A; Legend Trading Co., Ltd on lines 294-295 of the Defendants section and associated with the

URL aliexpress.com/store/1410240 on lines 126-127 of the Defendant Online Marketplace

Accounts section of Second Amended Schedule A; mqxxc on line 348 of the Defendants section

and associated with the URL aliexpress.com/store/205139 on line 180 of the Defendant Online

Marketplace Accounts section of Second Amended Schedule A; and Bestcarwrap Ltd on line

425 of the Defendants section and associated with the URL aliexpress.com/store/734633 on line 257 of the Defendant Online Marketplace Accounts section of Second Amended Schedule A, collectively, the "Defaulting Defendants";

This Court having entered upon a showing by MEC, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

MEC having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or email, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Second Amended Complaint or appeared in any way, and the time for answering the Second Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet stores through which Illinois residents can purchase products bearing counterfeit versions of MEC's MONSTER ENERGY Trademarks (a list of which is included in the below chart).

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 2,903,214 |  | Nov. 16, 2004 | For: Drinks, namely, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated and non-carbonated energy or sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |
| 3,057,061 | MONSTER ENERGY | Feb. 7, 2006 | For: fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |
| 3,134,841 |  | Aug. 29, 2006 | For: Beverages, namely, carbonated soft drinks, carbonated soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated energy and sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |
| 4,051,650 |  | November 8, 2011 | For: Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely hats and beanies in class 025. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 3,963,669 |  | May 17, 2011 | For: All-purpose sport bags; all-purpose carrying bags; backpacks; duffel bags in class 018. |
| 3,963,668 |  | May 17, 2011 | For: Stickers; sticker kits comprising stickers and decals; decals; posters in class 016. |
| 3,923,683 |  | February 22, 2011 | For: All-purpose sport bags; all-purpose carrying bags; backpacks; duffle bags in class 018. |
| 3,908,601 |  | January 18, 2011 | For: Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely, hats and beanies in class 025. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
| --- | --- | --- | --- |
| 3,908,600 |  | January 18, 2011 | For: Stickers; sticker kits comprising stickers and decals; decals in class 016. |
| 4,332,062 |  | May 7, 2013 | For: Silicone wrist bands; Silicone bracelets; Jewelry, namely, bracelets and wristbands in class 014. |
| 4,011,301 |  | August 16, 2011 | For: Sports helmets; video recordings featuring sports, extreme sports, and motor sports in class 009. |
| 3,914,828 |  | February 1, 2011 | For: Sports helmets in class 009. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
| --- | --- | --- | --- |
| 4,660,598 |  | December 23, 2014 | For: Lanyards; Lanyards for holding whistles, keys, eyeglasses, sunglasses, mobile telephones, badges, identification cards, event passes, media passes, photographs, recording equipment, or similar conveniences in class 022. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), cybersquatting (15 U.S.C. § 1125(d)) as to certain Defaulting Defendants operating a domain name incorporating MONSTER ENERGY Trademarks, violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*), and copyright infringement (17 U.S.C. § 501, *et seq.*) as to certain Defaulting Defendants[1] offering for sale

---

[1] The following twenty-three (23) Defendant Internet Stores are not alleged to have infringed the MEC Copyrighted Designs: (1) Bela Kristen's store on line 388 of the Defendant section and associated with the URL aliexpress.com/store/519207 on line 220 of the Online Marketplace Accounts section of Second Amended Schedule A; (2) Fishing-king Tackle Co.,Ltd on lines 207 and 208 of the Defendant section and associated with the URL aliexpress.com/store/1018084 on lines 39 and 40 of the Online Marketplace Accounts section of Second Amended Schedule A; (3) Freelander Outdoor on line 326 of the Defendants section and associated with the URL aliexpress.com/store/1595006 on line 158 of the Online Marketplace Accounts section of Second Amended Schedule A; (4) goog shopping on line 332 of the Defendants section and associated with the URL aliexpress.com/store/1666542 on line 164 of the Online Marketplace Accounts section of Second Amended Schedule A; (5) HK SHENGYIN Technology Co., Ltd. on line 433 of the Defendants section and associated with the URL aliexpress.com/store/812210 on line 265 of the Online Marketplace Accounts section of Second Amended Schedule A; (6) Hong Kong macro Lin co., LTD on line 365 of the Defendants section and associated with the URL aliexpress.com/store/317701?spm=0.0.0.0.ktA11S on line 197 265 of the Online Marketplace Accounts section of Second Amended Schedule A; (7) IMPERIAL CROWN on line 416 of the Defendants section and associated with the URL aliexpress.com/store/713636 on line 248 of the Online Marketplace Accounts section of Second Amended Schedule A; (8) Knightcat's Store on line 220 of the Defendants section and associated with the URL aliexpress.com/store/109472 on line 52 of the Online Marketplace Accounts section of Second Amended Schedule A; (9) Million Sports Mall on line 272 of the Defendants section and associated with the URL aliexpress.com/store/1298333 on line 104 of the Online Marketplace Accounts section of Second Amended Schedule A; (10) Miss Lily Come On on line 420 of the

products that infringe United States Copyright Registration Nos. VA 1-789-900 and VA 1-789-991 (collectively, the "MEC Copyrighted Designs").

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

---

Defendants section and associated with the URL aliexpress.com/store/718346 on line 252 of the Online Marketplace Accounts section of Second Amended Schedule A; (11) Pufeter business Co.,Ltd on line 401 of the Defendants section and associated with the URL aliexpress.com/store/621783 on line 233 of the Online Marketplace Accounts section of Second Amended Schedule A; (12) Revolutionary Neon signs on line 285 of the Defendants section and associated with the URL aliexpress.com/store/1363019 on line 117 of the Online Marketplace Accounts section of Second Amended Schedule A; (13) Saving Big Here on line 210 of the Defendants section and associated with the URL aliexpress.com/store/1037068 on line 42 of the Online Marketplace Accounts section of Second Amended Schedule A; (14) Sports Bar on line 442 of the Defendants section and associated with the URL aliexpress.com/store/825083 on line 274 of the Online Marketplace Accounts section of Second Amended Schedule A; (15) Spring's International Wholesale mall on line 259 of the Defendants section and associated with the URL aliexpress.com/store/1262166 on line 91 of the Online Marketplace Accounts section of Second Amended Schedule A; (16) SZ Elink Electronics Co., Ltd. on line 361 of the Defendants section and associated with the URL aliexpress.com/store/315222 on line 193 of the Online Marketplace Accounts section of Second Amended Schedule A; (17) T-More Sport on line 300 of the Defendants section and associated with the URL aliexpress.com/store/1454359 on line 132 of the Online Marketplace Accounts section of Second Amended Schedule A; (18) Motorcycle appearance shop on line 321 of the Defendants section and associated with the URL aliexpress.com/store/1543453 on line 153 of the Online Marketplace Accounts section of Second Amended Schedule A; (19) Thinkmore Technology Co.,Ltd on line 364 of the Defendants section and associated with the URL aliexpress.com/store/317471 on line 196 of the Online Marketplace Accounts section of Second Amended Schedule A; (20) totem store on line 262 of the Defendants section and associated with the URL aliexpress.com/store/1269349 on line 94 of the Online Marketplace Accounts section of Second Amended Schedule A; (21) vove on line 260 of the Defendants section and associated with the URL aliexpress.com/store/1263073 on line 92 of the Online Marketplace Accounts section of Second Amended Schedule A; (22) Yiwu Desong Hardware Jewelry Store on line 327 of the Defendants section and associated with the URL aliexpress.com/store/15998 on line 159 of the Online Marketplace Accounts section of Second Amended Schedule A; and (23) Zhejiang Showlove Jewelry Co., Ltd on line 218 of the Defendants section and associated with the URL aliexpress.com/store/1083555 on line 50 of the Online Marketplace Accounts section of Second Amended Schedule A.

a. using MEC's MONSTER ENERGY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Monster Energy Product or not authorized by MEC to be sold in connection with the MONSTER ENERGY Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Monster Energy Product or any other product produced by MEC, that is not MEC's or not produced under the authorization, control or supervision of MEC and approved by MEC for sale under the MONSTER ENERGY Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of MEC, or are sponsored by, approved by, or otherwise connected with MEC;

d. further infringing MEC's MONSTER ENERGY Trademarks and damaging MEC's goodwill;

e. otherwise competing unfairly with MEC in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for MEC, nor authorized by MEC to be sold or offered for sale, and which bear any of the MONSTER ENERGY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof or that infringe the MEC Copyrighted Designs;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other

domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell products bearing counterfeit versions of the MONSTER ENERGY Trademarks or that infringe the MEC Copyrighted Designs;

h. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the MONSTER ENERGY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof or that displays the MEC Copyrighted Designs that is not a genuine Monster Energy Product or not authorized by MEC to be sold in connection with the MONSTER ENERGY Trademarks or the MEC Copyrighted Designs; and

i. reproducing, distributing, displaying or producing copies of substantial similarity to the MEC Copyrighted Designs, making derivative works of the MEC Copyrighted Designs, or otherwise infringing the designs copyrighted by the MEC Copyrighted Designs.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at MEC's choosing:

a. permanently transfer the Defendant Domain Names to MEC's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of MEC's selection, and the domain name registrars shall take any steps

necessary to transfer the Defendant Domain Names to a registrar of MEC's selection; or

b. cancel the registrations for the Defendant Domain Names and make them inactive.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the MONSTER ENERGY Trademarks or that infringe the MEC Copyrighted Designs, including any accounts associated with the Defaulting Defendants listed on Second Amended Schedule A attached hereto;

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the MONSTER ENERGY Trademarks or that infringe the MEC Copyrighted Designs; and

c. take all steps necessary to prevent links to the Defendant Domain Names identified on Second Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the

Defaulting Defendants' websites at the Defendant Domain Names or other websites operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer and Alibaba, advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers including PayPal, Alibaba, Western Union, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to MEC expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. The identities and locations of Defaulting Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

b. The nature of Defaulting Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defaulting Defendants' financial accounts, as well as providing a full accounting of Defaulting Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names;

c. Defaulting Defendants' websites and/or any Online Marketplace Accounts;

d. The Defendant Domain Names or any domain name registered by Defaulting Defendants; and

e. Any financial accounts owned or controlled by Defaulting Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alibaba, Western Union, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Pursuant to 15 U.S.C. § 1117(c)(2), MEC is awarded statutory damages from each of the Defaulting Defendants in the amount of one million dollars ($1,000,000) for willful use of counterfeit MONSTER ENERGY Trademarks on products sold through at least the Defendant Internet Stores.

6. Pursuant to 17 U.S.C. § 504(c)(2), MEC is awarded statutory damages from each of the Defaulting Defendants, with the exception of those Defaulting Defendants listed in Footnote 1 hereof, in the amount of fifty thousand dollars ($50,000) for willful copyright infringement of the MEC Copyrighted Designs.

7. Western Union shall, within two (2) business days of receipt of this Order, permanently block any Western Union money transfers and funds from being received by the Defaulting Defendants identified in Second Amended Schedule A.

8. PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any China or Hong Kong based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

9. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, are hereby released to MEC as partial payment of the above-identified damages, and PayPal is ordered to release to MEC the amounts from Defaulting Defendants' PayPal accounts within ten (10) business days of receipt of this Order.

10. Until MEC has recovered full payment of monies owed to it by any Defaulting Defendant, MEC shall have the ongoing authority to serve this Order on PayPal in the event that any new PayPal accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, PayPal shall within two (2) business days:

   a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any PayPal accounts;

   b. Restrain and enjoin such accounts or funds that are China or Hong Kong based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. Release all monies restrained in Defaulting Defendants' PayPal accounts to MEC as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

11. Until MEC has recovered full payment of monies owed to it by any Defaulting Defendant, MEC shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to MEC as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

12. In the event that MEC identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, MEC may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Bruce Kingsland and any e-mail addresses provided for Defendants by third parties.

13. The ten thousand dollar ($10,000) surety bond posted by MEC is hereby released to MEC or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to MEC or its counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

DATED: July 27, 2015

_____
U.S. District Court Judge Joan H. Lefkow

# Second Amended Schedule A

## Defendants

| No. | Name / Alias |
|---|---|
| 1 | Chen Wensheng |
| 2 | ZhouRunFa |
| 3 | Domains By Proxy, LLC |
| 4 | Jame Prentice |
| 5 | Pilawka Tomasz |
| 6 | Dan Thurston |
| 7 | lin jian |
| 8 | weng junpeng |
| 9 | chen songlin |
| 10 | junlongwu |
| 11 | xia tian |
| 12 | Sarim Shakeel |
| 13 | zhengtao |
| 14 | Mary Greenlee |
| 15 | ke tian rong |
| 16 | Ji Rong |
| 17 | xiao lai |
| 18 | Whois Privacy Corp. |
| 19 | jamepull |
| 20 | alix alen |
| 21 | Lisa Lepre |
| 22 | lin dan dan |
| 23 | zheng wen |
| 24 | chen jinnan |
| 25 | Weng Chenguang |
| 26 | liu wen |
| 27 | lin wen |
| 28 | derya sahin |
| 29 | Wei Qingshan |
| 30 | mf wu |
| 31 | kelly hales |
| 32 | JIANG ZHENBIAO |
| 33 | lucas mathern |

| 34 | Liu Yang |
|----|----------|
| 35 | Fu Zhiqiang |
| 36 | lin yi fei |
| 37 | Liu Li Ming |
| 38 | meng fan jian |
| 39 | Fu Chao Wang |
| 40 | John Brown |
| 41 | brands key |
| 42 | zhushen |
| 43 | Privacy Protection Service INC d/b/a PrivacyProtect.org |
| 44 | Liao qing |
| 45 | tian qing |
| 46 | Denice Deal |
| 47 | Domains By Proxy, LLC |
| 48 | laurence Gerard |
| 50 | anna selinna |
| 51 | WHOISGUARD, INC. |
| 52 | anna fox |
| 53 | hong rui |
| 54 | zheng zhonghui |
| 55 | Zhu lanXin |
| 56 | Li guangxian |
| 57 | wen pin |
| 58 | Thomas Teske |
| 59 | li hongyuan |
| 60 | huang huazhi |
| 61 | Cynthia Agli |
| 62 | Li Yan |
| 63 | Chen Fang |
| 64 | Xu Mei |
| 65 | Chen |
| 66 | meng fan jian |
| 67 | Joe Arena |
| 68 | zhu huajie |
| 69 | bastien autret |
| 70 | Yu Yang |
| 71 | chen guijun |
| 72 | Guo chunsheng |
| 73 | Zhang YeYing |
| 74 | Gu Meihua |
| 75 | si man |

| 76 | LI ZHIPENG |
|---|---|
| 77 | Chen Lifen |
| 78 | robert jones |
| 79 | ZHANG WEINA |
| 80 | xong ping |
| 81 | Bai Li Xiao |
| 82 | Jose Tavares |
| 83 | bestBJ |
| 84 | XU TINGTING |
| 85 | daniel |
| 86 | liu zhonghui |
| 87 | jiang xinxin |
| 88 | wang xia |
| 89 | hengxing jinjiang |
| 90 | Michael Fricke |
| 91 | WU QINQIN |
| 92 | CHEN XIN |
| 93 | wang wei |
| 94 | chen wei zu |
| 95 | Su Ding Fang |
| 96 | Li Ri Bai |
| 97 | Chen |
| 98 | andy cao |
| 99 | Organization |
| 100 | Qi Lin |
| 101 | fdg gsrdg |
| 102 | dfgg gsdfg |
| 103 | fghfgg rdfg |
| 104 | guillaume gheerardyn gheerardyn |
| 105 | hezuo002 |
| 106 | Sean Ellis |
| 107 | Regis Begin |
| 108 | ivan danesi |
| 109 | ma liping |
| 110 | deng yuqin |
| 111 | Huang Zongxian |
| 112 | Zhou Xueyan |
| 113 | affelse |
| 114 | lay pill |
| 115 | Dai Sanmei |
| 116 | wang zeng |

| 117 | Pei Shu Rong |
|-----|--------------|
| 118 | li liang |
| 119 | Ming Zeng |
| 120 | Zeng Ming |
| 121 | Whois Privacy Protection Service of Chengdu West Dimension Digital Technology Co., Ltd |
| 122 | Dexter Reading |
| 123 | XIE DENG |
| 124 | Chen Jinping |
| 125 | TU XIAOGUANG |
| 126 | ZHANG HAIBIN |
| 127 | YinSi BaoHu Yi KaiQi (Hidden by Whois Privacy Protection Service) |
| 128 | zhang xiao ming |
| 129 | zhao xiqng |
| 130 | zhao xiqing |
| 131 | YILIGAO |
| 132 | CHENG guang |
| 133 | Neil Rosbotham |
| 134 | dongsheng trade CO.,Ltd |
| 135 | Aminah Talukdar |
| 136 | Patricia Linchuck |
| 137 | fgdsf serwe |
| 138 | fdgfdgd ger |
| 139 | fgsdf dgdfg |
| 140 | hfd thjth |
| 141 | fdsdg reg |
| 142 | Domains By Proxy, LLC |
| 143 | Shaowu wu |
| 144 | Wu ShaoWu |
| 145 | huangjianhai |
| 146 | Antwaun |
| 147 | Li Ling |
| 148 | Chen Yanfang |
| 149 | Gassier Christophe |
| 150 | Nevin Weeks |
| 151 | Gallicier Mathieu |
| 152 | Bai Shaolan |
| 153 | fdg dfgr |
| 154 | dfg dsf f |
| 155 | Zhang Xian |
| 156 | Wallis Hillman |

| 157 | Guo PingKe |
|---|---|
| 158 | Peng Tingting |
| 159 | Zhang Yanping |
| 160 | Zhao Xia |
| 161 | Zhang Xincheng |
| 162 | Dong Li |
| 163 | ou |
| 164 | jack micjob |
| 165 | Patrick Hubbard |
| 166 | Armando W. Wilson |
| 167 | zhangjing |
| 168 | Angelia Corbett |
| 169 | Guangzhou K-Comfort Trading Co., Ltd. |
| 170 | God loves fashion |
| 171 | YOYO Smile |
| 172 | Case-Manufacturer |
| 173 | wholesale-cases |
| 174 | China shopping city |
| 175 | amazoncases |
| 176 | retailboy |
| 177 | Sunshine Internation Co,.LTD |
| 178 | online-custom |
| 179 | Dream flying co., LTD |
| 180 | GoTo store |
| 181 | lingling Trade Co.,Ltd |
| 182 | Your Favourite |
| 183 | Jinxin Trade Co., Ltd. |
| 184 | HOW-YES |
| 185 | TOP-LI |
| 186 | Welcome To One Line ,One World Store (HK) |
| 187 | TOP BRANDS STORE |
| 188 | Online Store 342161 |
| 189 | Mr .Ankol |
| 190 | top10bestseller |
| 191 | Hi-hop Cap |
| 192 | shumeng zhao's store |
| 193 | Weekend |
| 194 | Sky's shop for motorcycle accessories |
| 195 | YIJIN |
| 196 | date of happiness |
| 197 | Online Store yanmei |

| 198 | zhengchun case |
|-----|----------------|
| 199 | brands store |
| 200 | The Pocket of Doraemon |
| 201 | factorycase store |
| 202 | Chic Paradise Art |
| 203 | Motocycle club |
| 204 | moumou chen |
| 206 | Shenzhen Landda Shoe Company |
| 207 | Fishing-king Tackle Co.,Ltd |
| 208 | Fishing-king Tackle Co.,Ltd |
| 209 | Allure Love |
| 210 | Saving Big Here |
| 211 | COOL KNIGHT Motorcycle Accessories Store |
| 212 | Ray's Online Store |
| 213 | Scarborough Fair 2014 |
| 214 | Funs Hobby |
| 215 | MU YU (HK )TRADING CO. LTD China |
| 216 | MU YU (HK )TRADING CO. LTD China |
| 217 | vivilok store |
| 218 | Zhejiang Showlove Jewelry Co., Ltd |
| 219 | PowerZone Co.,Ltd |
| 220 | Knightcat's Store |
| 221 | swellcraft&art |
| 222 | CYCLES CLUB-1 |
| 223 | LUCKY SHERRY LTD. |
| 224 | SAMT SHENZHEN CO,.LTD. |
| 225 | Shenzhen ZUKU Technology Co.,Ltd |
| 226 | ARTS AND CRAFTS .. |
| 227 | SCL MOTOS |
| 228 | Sportfairings |
| 229 | heng |
| 230 | Shenzhen Sumwin Electronic Commerce Co., LTD |
| 231 | Misssu Fashion |
| 232 | Anime hoodie |
| 233 | All Your Need |
| 234 | MCC_SHOP |
| 235 | Italtel small flowers |
| 237 | New Technology Development Co., Ltd. |
| 238 | TradeWorld4U |
| 239 | FAKA warehouse |
| 240 | Getop International Technology Limited |

| | |
|---|---|
| 241 | zorro-E-commerce Co. Ltd |
| 242 | Jia Xuan Store |
| 244 | Tungfull Digital Technology Co.,Ltd |
| 245 | ACI auto supplies company |
| 246 | cool face |
| 247 | Super shops |
| 249 | Xin Hao Tai motorcycle parts co ltd |
| 250 | creek |
| 251 | Tarzan Outdoor Co., LTD |
| 253 | Fashion Neon Sign |
| 254 | Miss Sunshine |
| 255 | shoppsilk road |
| 256 | parts4bike |
| 257 | Universal Trading |
| 258 | Outdoor-Sport Supermarket |
| 259 | Spring's International Wholesale mall |
| 260 | vove |
| 261 | professional protective item store |
| 262 | totem store |
| 263 | NO.1 Fashion Hats Store |
| 264 | dfs2014 |
| 265 | We Are Young & Best |
| 266 | We Are Young & Best |
| 267 | Racing |
| 268 | Racing |
| 269 | AHL |
| 270 | The Beautiful Country |
| 271 | Fashion Hat's Store |
| 272 | Million Sports Mall |
| 273 | carlos case store |
| 274 | Ski clothing 1681 fashion |
| 275 | Gaz Rom Co., Ltd. |
| 276 | GUANGZHOU HENGHUI MOTORCYCLE PARTS CO.,LTD |
| 277 | In-Tool-Home Trusted tool mall ! |
| 278 | Smart Choice store |
| 279 | Digi-tech electronics |
| 280 | Preferential ski jacket dress 1868 |
| 281 | Car shell. |
| 282 | One Step One Change |
| 283 | Chic Paradise Art |
| 284 | Wonder Technology Co.,Ltd |

| 285 | Revolutionary Neon signs |
|-----|--------------------------|
| 286 | SUNSHINE-H |
| 287 | JDMOTOR International Trading Co., Ltd |
| 288 | Drop Shop |
| 289 | HANS BO |
| 290 | Mastation |
| 293 | Hat Cap factory |
| 294 | Legend Trading Co., Ltd |
| 295 | Legend Trading Co., Ltd |
| 296 | An honest store |
| 297 | Personalized DIY |
| 298 | World Of Drop Shipping |
| 299 | World of DropShipping Cases |
| 300 | T-More Sport |
| 301 | L&SPORT |
| 302 | KingRuth |
| 303 | Wanse006 |
| 304 | Amazing Market |
| 305 | CccStore |
| 306 | BOBANDLEE |
| 307 | SUZHOU INTERNATIONAL CO,LTD |
| 308 | Tony's Garage |
| 309 | Living Goods Supply Center |
| 310 | Living Goods Supply Center |
| 311 | South Korea's Hong Kong |
| 312 | Exploiter |
| 313 | feng yi ju |
| 314 | EM-Mall |
| 315 | GVM RACING STORE |
| 316 | GVM RACING STORE |
| 317 | HHED Yesir |
| 318 | XJL'S SPORT COLLECTION |
| 320 | H & Z |
| 321 | Motorcycle appearance shop |
| 323 | Godspeed Lau |
| 324 | Fashion wholesale Retail |
| 325 | Fashion Bag Zone |
| 326 | Freelander Outdoor |
| 327 | Yiwu Desong Hardware Jewelry Store |
| 328 | HOHO Film World |
| 329 | ShenZhen CBD Technology Co.,LTD |

| | |
|---|---|
| 330 | T-shirts wholesale shop |
| 331 | 4urlife |
| 332 | goog shopping |
| 333 | SameZone Group CO.,LTD |
| 334 | Rita's Outdoor Equipments Store |
| 335 | Eighteen Forever |
| 336 | freedom outdoor sports store |
| 337 | MKSR Professional auto parts modification |
| 338 | Topshasha |
| 339 | PATLI PASSION |
| 340 | Sport equipments |
| 341 | Guang Zhou Lan Qian Automobile & Bike Parts C… |
| 343 | X&M Motorcycle modification |
| 344 | Popular museum K3 |
| 345 | AMTy Technology Co., Ltd. |
| 346 | honlike |
| 348 | mqxxc |
| 349 | Ski goggles store |
| 350 | Shenzhen Yongfu Car Parts Co.,Ltd. |
| 351 | Taizhou Joseph Motorcycle Parts Co.,Ltd |
| 352 | Taizhou Joseph Motorcycle Parts Co.,Ltd |
| 354 | zhejiang automobile fittings |
| 355 | Tina yao's store |
| 356 | Rockbiker trading co., Ltd |
| 357 | Autotop Selected |
| 358 | Hello Katie's store |
| 359 | Longchuan Sex Night Co.,Ltd. |
| 360 | Amntion- custom lanyard factory |
| 361 | SZ Elink Electronics Co., Ltd. |
| 362 | Xinxin |
| 364 | Thinkmore Technology Co.,Ltd |
| 365 | Hong Kong macro Lin co., LTD |
| 366 | New Sight Vinyl World |
| 367 | Luis Trade .Ltd |
| 368 | Best Choice's Store Neon Light Sign wholesale… |
| 369 | Allen Johnson's store |
| 370 | Allen Johnson's store |
| 371 | Allen Johnson's store |
| 372 | Miao Gu Fashion Jewelry Co.,Ltd. |
| 373 | Bodhi Tree CO., LTD |
| 374 | Bodhi Tree CO.,LTD |

| 375 | Jessie's Super Store |
|-----|---------------------|
| 377 | Jinxin Trade Co., Ltd. |
| 378 | Electronic foreign trade |
| 379 | Mssmile store |
| 380 | Online Store 435619 Trade co., Ltd. |
| 381 | Russell DIRT BIKE ATV PARTS STORE |
| 383 | GuLuGuLu Store |
| 384 | MicroWorks EM Co., Ltd |
| 385 | JESSE Trading Co.,Ltd |
| 386 | Online Store 516272 |
| 387 | China's dashan shou tai co., LTD |
| 388 | Bela Kristen's store |
| 390 | Mr Zhu store |
| 391 | TGND babay fashion accessories store |
| 392 | Alexandr Li's store |
| 393 | Vivo Supermarket For You |
| 394 | Best Feel |
| 395 | Deal Shop |
| 396 | Shenzhen Wholesale Shop |
| 397 | Wholesale Price Top Service |
| 398 | Wholesale Price Top Service |
| 399 | Jeanshome - Wholesale belt buckles |
| 400 | Bestore trading |
| 401 | Pufeter business Co.,Ltd |
| 402 | Graceful Life |
| 403 | Graceful Life |
| 404 | xiulong he's store |
| 405 | Bob 's store |
| 406 | Wembley Night |
| 407 | EMILY CHENG |
| 408 | Cycling No.1 store |
| 409 | Langlang's motorcycle store |
| 410 | Langlang's motorcycle store |
| 411 | Motorcycle protective equipment |
| 412 | 1729mily |
| 413 | 1729mily |
| 414 | Fribest Industry Molding Factory |
| 415 | May's Store |
| 416 | IMPERIAL CROWN |
| 417 | Roya wholesale store |
| 418 | SHOW-ME |

| | |
|---|---|
| 419 | Haitun Store |
| 420 | Miss Lily Come On |
| 421 | SISI Top Beauty World |
| 422 | China LuJin supplies Processing plant |
| 423 | OVERSTEP GIFTS |
| 424 | Taiwan Motors |
| 425 | Bestcarwrap Ltd |
| 426 | Bestcarwrapy Ltd |
| 427 | ZXGYMT FAIRINGS |
| 428 | Guangzhou phoenix hotel tourism supplies |
| 429 | Online Store 738068 |
| 430 | tornado necklace shopping store No.1 |
| 432 | cindy pan's store Min Order usd$10 |
| 433 | HK SHENGYIN Technology Co., Ltd. |
| 434 | JL Group |
| 435 | Originality change life |
| 436 | Cherry Blossoms One-Stop Service |
| 437 | KELE STORE |
| 438 | Sun Nice socks |
| 439 | Pro Auto Beauty |
| 440 | B&Y Boutique |
| 441 | Shenzhen Felcosion Technology Co., Ltd. |
| 442 | Sports Bar |
| 443 | Dave's store |
| 444 | China Cylces |
| 445 | GoGo Sports Equipment |
| 447 | Diego Sun's motor Store |
| 449 | J&X International Comprehensive Trade Co.,Ltd |
| 451 | Dear Lover Fashion Shenzhen Store |
| 452 | BJ Performance's store |
| 453 | Angel_Clothes Store |
| 454 | Shenzhen Orino Technology Co., Limited |
| 455 | Shenzhen Orino Technology Co., Limited |
| 456 | buckles family Brown's store |
| 457 | Cheapest Retailer |
| 461 | YOUR STYLE YOU CALL THE SHOTS |
| 462 | YiXing Yao's store |
| 463 | e-lifestyles |
| 464 | World of Home Décor since 2006 |
| 465 | Strawberry pie |
| 466 | Dongguan Babytree Garment Co.,Ltd |

| 467 | Hedy Ann store |
|-----|----------------|
| 468 | piollowcase -store |
| 469 | sagi tong |
| 470 | caseexpresshipping |
| 471 | Sports Salon |
| 472 | ABC Technology World |
| 473 | beautylady1024 |
| 475 | x-motors |
| 477 | anna-store |
| 478 | great_seller_2010 |
| 479 | optimal-products |
| 482 | ronghua996 |
| 483 | ronghua996 |
| 484 | tilacc |
| 485 | ahmusawi |
| 486 | ahmusawi |
| 487 | coolhousestore |
| 488 | cretikone34 |
| 489 | danapark4 |
| 490 | danapark4 |
| 491 | gleglobal |
| 492 | lamisso33 |
| 493 | lokaloki98 |
| 494 | reinage |
| 495 | stickeraholic |
| 496 | taogik78 |
| 497 | venuswu |
| 498 | yoshitsune |
| 499 | WYZ Sheng Zheng electric Co. |

| Defendant Online Marketplace Accounts | |
|------|--------------------------------|
| **No** | **URL** |
| 1 | kcomfort.en.alibaba.com |
| 2 | aliexpress.com/store/1229356 |
| 3 | aliexpress.com/store/1522546 |
| 4 | aliexpress.com/item/2013-hot-new-design-10pcs-lots-Mqnster-Energy-case-cover-for-iphone-5-5th-free-shipping/1264934303.html |
| 5 | aliexpress.com/item/2013-hot-new-design-10pcs-lots-Mqnster-Energy-case-cover-for-iphone-5-5th-free-shipping/1504665337.html |
| 6 | aliexpress.com/item/2014-Fashionable-men-and-women-monster-paws-flat-brimmed-hat-paint-color-inkjet-point-level-street/1985286763.html |

| | |
|---|---|
| 7 | aliexpress.com/item/2014-free-shipping-hot-newest-arrival-5pcs-lots-wholesale-Mqnster-Energy-PU-leather-card-foldable-case/1531153296.html |
| 8 | aliexpress.com/item/2014-free-shipping-hot-newest-arrival-5pcs-lots-wholesale-Mqnster-Energy-PU-leather-card-foldable-case/32245682500.html |
| 9 | aliexpress.com/item/2014-Harajuku-trend-Monster-luminous-ghost-Star-Backpack-couple-student-backpack-canvas-bag-3color/1996977289.html |
| 10 | aliexpress.com/item/2014-New-coming-2pcs-lot-Mqnster-Energy-pu-leather-wallet-cases-for-iPhone-4-4g-4s/1505981246.html |
| 11 | aliexpress.com/item/2014-newest-KAWASAKI-monster-pattern-men-and-women-canvas-Riding-Backpack-mochilas-masculina-infantil-and-travel/32237214403.html |
| 12 | aliexpress.com/item/20pcs-lots-New-wholesale-Mqnster-Energy-hard-white-case-cover-for-iphone-4-4G-4S-free/1575118511.html |
| 13 | aliexpress.com/item/4-7-inch-white-side-for-I6-New-10pcs-lots-wholesale-Mqnster-Energy-hard-white-case/2049376144.html |
| 14 | aliexpress.com/item/Cell-Phone-Case-Cover-For-Galaxy-S3-Monsters-Energy-Protective-Stylish-Case-Hot-Sell-I9300-Cases/32270367501.html |
| 15 | aliexpress.com/item/Free-shipping-2014-hot-motorcycle-bike-motorcycle-backpack-travel-bag-large-capacity/32248984737.html |
| 16 | aliexpress.com/item/Free-Shipping-man-bag-personalized-double-backpack-bag-casual-travel-bag-man-bag-motorcycle-hard-pack/1485576499.html |
| 17 | aliexpress.com/item/Free-shipping-MONSTER-Hat-Flat-Brim-Hip-Hop-Punk-Baseball-Cap-Trucker-Hat-Sun-Hat/1662727493.html |
| 18 | aliexpress.com/item/Free-shipping-MONSTER-outdoors-water-bag-cycling-knapsack-mountaineering-bag-water-bag-backpack/1872620725.html |
| 19 | aliexpress.com/item/Free-Shipping-Original-Fox-Monster-Motorcycle-Bag-European-Brand-Riding-Backpack-for-Men/1876711555.html |
| 20 | aliexpress.com/item/Freeshipping-wholesale-mens-Monster-shirt-Autumn-shirts-fluorescent-cloth-The-ghost-s-paw-cloth-cloth-for/1286149765.html |
| 21 | aliexpress.com/item/Ghost-dog-MONSTER-riding-backpack-backpack-outdoor-sports-water-bottle-bag/899234304.html |
| 22 | aliexpress.com/item/High-quality-man-and-women-Monster-adjustable-snapback-hats-summer-baseball-caps-hip-hop-caps/1968152091.html |
| 23 | aliexpress.com/item/High-quality-man-and-women-Monster-adjustable-snapback-hats-summer-baseball-caps-hip-hop-caps-rap/1968152091.html |
| 24 | aliexpress.com/item/Kawasaki-ghost-MONSTER-rear-seat-bag-by-backpack-sports-bag-sports-car-by-the-package-free/1445362696.html |
| 25 | aliexpress.com/item/Kawasaki-MONSTER-rear-seat-package-rear-package-sports-backpack/628890110.html |
| 26 | aliexpress.com/item/Kawasaki-motorcycle-backpack-big-size-free-shipping/1891504673.html |
| 27 | aliexpress.com/item/Monster-Snapback-Free-shipping-wholesale-20pcs-lot-cheap-Monster-Snapback-cap-baseball-Snapback-cap-men-women/1870177773.html |

| | |
|---|---|
| 28 | aliexpress.com/item/MOTOGP-46-Rossi-2014-Rossi-monster-version-of-the-perfect-racing-cap-embroidered-hats-to-commemorate/1859126862.html |
| 29 | aliexpress.com/item/Motor-Monster-Blaster-BACKPACK-Motorbike-Helmet-Storage-bag-2014-biker-Sports-Duffles/1877343136.html |
| 30 | aliexpress.com/item/New-10pcs-lots-wholesale-Mqnster-Energy-hard-white-case-cover-for-iphone-5-5th-free-shipping/2041772531.html |
| 31 | aliexpress.com/item/new-2014-hot-monster-caps-Mens-and-womens-monster-caps-baseball-caps-fitted-caps-monster-cheap/2016457864.html |
| 32 | aliexpress.com/item/New-2014-Luminous-Monster-Ghostcrawler-printing-galaxy-Canvas-backpacks-Kid-School-Bags-for-teenagers-rucksack-laptop/2013485795.html |
| 33 | aliexpress.com/item/New-20pcs-lots-wholesale-Mqnster-Energy-hard-white-case-cover-for-iphone-5-5th-free-shipping/1669290955.html |
| 34 | aliexpress.com/item/New-Arrival-Yellow-Energy-Logo-Protective-Custom-Design-Rubber-Case-Cover-Phone-Case-for-iphone6/32221806083.html |
| 35 | aliexpress.com/item/New-Monster-Shirt-Classic-Model-Moto-GP-Serie/1873822043.html |
| 36 | aliexpress.com/item/Tide-hat-monster-ghost-hand-bboy-fluorescent-color-baseball-cap-flat-brimmed-hat-hiphop-hip-hop/2024772297.html |
| 38 | aliexpress.com/store/1014164 |
| 39 | aliexpress.com/store/1018084 |
| 40 | aliexpress.com/store/1018084 |
| 41 | aliexpress.com/store/1033539 |
| 42 | aliexpress.com/store/1037068 |
| 43 | aliexpress.com/store/1037808 |
| 44 | aliexpress.com/store/105098 |
| 45 | aliexpress.com/store/1052454 |
| 46 | aliexpress.com/store/105454 |
| 47 | aliexpress.com/store/1082607 |
| 48 | aliexpress.com/store/1082607 |
| 49 | aliexpress.com/store/1083171 |
| 50 | aliexpress.com/store/1083555 |
| 51 | aliexpress.com/store/1088102 |
| 52 | aliexpress.com/store/109472 |
| 53 | aliexpress.com/store/110714 |
| 54 | aliexpress.com/store/110962 |
| 55 | aliexpress.com/store/1110775 |
| 56 | aliexpress.com/store/1112973 |
| 57 | aliexpress.com/store/1131165 |
| 58 | aliexpress.com/store/1135073 |
| 59 | aliexpress.com/store/114049 |
| 60 | aliexpress.com/store/1146175 |
| 61 | aliexpress.com/store/1149249 |

| | |
|---|---|
| 62 | aliexpress.com/store/1159202 |
| 63 | aliexpress.com/store/1162333 |
| 64 | aliexpress.com/store/1168061 |
| 65 | aliexpress.com/store/1168489 |
| 66 | aliexpress.com/store/116984 |
| 67 | aliexpress.com/store/1186334 |
| 69 | aliexpress.com/store/118958 |
| 70 | aliexpress.com/store/1189610 |
| 71 | aliexpress.com/store/1191537 |
| 72 | aliexpress.com/store/1196789 |
| 73 | aliexpress.com/store/1198582 |
| 74 | aliexpress.com/store/1200997 |
| 76 | aliexpress.com/store/120565 |
| 77 | aliexpress.com/store/1206116 |
| 78 | aliexpress.com/store/1209472 |
| 79 | aliexpress.com/store/1210864 |
| 81 | aliexpress.com/store/1212725 |
| 82 | aliexpress.com/store/1213767 |
| 83 | aliexpress.com/store/1231049 |
| 85 | aliexpress.com/store/124395 |
| 86 | aliexpress.com/store/1244123 |
| 87 | aliexpress.com/store/1246512 |
| 88 | aliexpress.com/store/1246881 |
| 89 | aliexpress.com/store/1246896 |
| 90 | aliexpress.com/store/1260102 |
| 91 | aliexpress.com/store/1262166 |
| 92 | aliexpress.com/store/1263073 |
| 93 | aliexpress.com/store/1267186 |
| 94 | aliexpress.com/store/1269349 |
| 95 | aliexpress.com/store/1269482 |
| 96 | aliexpress.com/store/1276108 |
| 97 | aliexpress.com/store/127895 |
| 98 | aliexpress.com/store/127895 |
| 99 | aliexpress.com/store/1283084 |
| 100 | aliexpress.com/store/1283084 |
| 101 | aliexpress.com/store/1292494 |
| 102 | aliexpress.com/store/1294491 |
| 103 | aliexpress.com/store/1295445 |
| 104 | aliexpress.com/store/1298333 |
| 105 | aliexpress.com/store/1304064 |
| 106 | aliexpress.com/store/1314600 |

| | |
|---|---|
| 107 | aliexpress.com/store/1315325 |
| 108 | aliexpress.com/store/1318060 |
| 109 | aliexpress.com/store/132381 |
| 110 | aliexpress.com/store/1330244 |
| 111 | aliexpress.com/store/1330963 |
| 112 | aliexpress.com/store/1331504 |
| 113 | aliexpress.com/store/1331531 |
| 114 | aliexpress.com/store/1332543 |
| 115 | aliexpress.com/store/1343023 |
| 116 | aliexpress.com/store/1359595 |
| 117 | aliexpress.com/store/1363019 |
| 118 | aliexpress.com/store/1370190 |
| 119 | aliexpress.com/store/1380858 |
| 120 | aliexpress.com/store/1389649 |
| 121 | aliexpress.com/store/1397225 |
| 122 | aliexpress.com/store/1398845 |
| 125 | aliexpress.com/store/1407219 |
| 126 | aliexpress.com/store/1410240 |
| 127 | aliexpress.com/store/1410240 |
| 128 | aliexpress.com/store/1416042 |
| 129 | aliexpress.com/store/1429151 |
| 130 | aliexpress.com/store/1452854 |
| 131 | aliexpress.com/store/1452854 |
| 132 | aliexpress.com/store/1454359 |
| 133 | aliexpress.com/store/1454483 |
| 134 | aliexpress.com/store/1454889?spm=0.0.0.0.ukjcv5 |
| 135 | aliexpress.com/store/1461891 |
| 136 | aliexpress.com/store/1462068 |
| 137 | aliexpress.com/store/1470302 |
| 138 | aliexpress.com/store/1477218 |
| 139 | aliexpress.com/store/1480015 |
| 140 | aliexpress.com/store/1482131 |
| 141 | aliexpress.com/store/1485085 |
| 142 | aliexpress.com/store/1485085 |
| 143 | aliexpress.com/store/1496479 |
| 144 | aliexpress.com/store/1499944 |
| 145 | aliexpress.com/store/1501361 |
| 146 | aliexpress.com/store/1502292 |
| 147 | aliexpress.com/store/1523241 |
| 148 | aliexpress.com/store/1523241 |
| 149 | aliexpress.com/store/1523269 |

| | |
|---|---|
| 150 | aliexpress.com/store/1537061 |
| 152 | aliexpress.com/store/1542144 |
| 153 | aliexpress.com/store/1543453 |
| 155 | aliexpress.com/store/1552296 |
| 156 | aliexpress.com/store/1552454 |
| 157 | aliexpress.com/store/1556419 |
| 158 | aliexpress.com/store/1595006 |
| 159 | aliexpress.com/store/15998 |
| 160 | aliexpress.com/store/1621103 |
| 161 | aliexpress.com/store/1628339 |
| 162 | aliexpress.com/store/1630446 |
| 163 | aliexpress.com/store/1662160 |
| 164 | aliexpress.com/store/1666542 |
| 165 | aliexpress.com/store/1678161 |
| 166 | aliexpress.com/store/1678378 |
| 167 | aliexpress.com/store/1680125 |
| 168 | aliexpress.com/store/1685110 |
| 169 | aliexpress.com/store/1687051 |
| 170 | aliexpress.com/store/1707803 |
| 171 | aliexpress.com/store/1710852 |
| 172 | aliexpress.com/store/1711800 |
| 173 | aliexpress.com/store/1724089 |
| 175 | aliexpress.com/store/1736383 |
| 176 | aliexpress.com/store/1737430 |
| 177 | aliexpress.com/store/1748202 |
| 178 | aliexpress.com/store/203487 |
| 180 | aliexpress.com/store/205139 |
| 181 | aliexpress.com/store/207461 |
| 182 | aliexpress.com/store/208793 |
| 183 | aliexpress.com/store/213090 |
| 184 | aliexpress.com/store/213090 |
| 186 | aliexpress.com/store/218834 |
| 187 | aliexpress.com/store/221045 |
| 188 | aliexpress.com/store/224284 |
| 189 | aliexpress.com/store/230150 |
| 190 | aliexpress.com/store/239314 |
| 191 | aliexpress.com/store/239508 |
| 192 | aliexpress.com/store/313537 |
| 193 | aliexpress.com/store/315222 |
| 194 | aliexpress.com/store/316100 |
| 196 | aliexpress.com/store/317471 |

| | |
|---|---|
| 197 | aliexpress.com/store/317701?spm=0.0.0.0.ktA11S |
| 198 | aliexpress.com/store/318424 |
| 199 | aliexpress.com/store/342635 |
| 200 | aliexpress.com/store/404344 |
| 201 | aliexpress.com/store/405726 |
| 202 | aliexpress.com/store/405726 |
| 203 | aliexpress.com/store/405726 |
| 204 | aliexpress.com/store/409322 |
| 205 | aliexpress.com/store/414192 |
| 206 | aliexpress.com/store/414192 |
| 207 | aliexpress.com/store/414270 |
| 209 | aliexpress.com/store/421701 |
| 210 | aliexpress.com/store/423919 |
| 211 | aliexpress.com/store/429326 |
| 212 | aliexpress.com/store/435619 |
| 213 | aliexpress.com/store/435808 |
| 215 | aliexpress.com/store/509709 |
| 216 | aliexpress.com/store/513039 |
| 217 | aliexpress.com/store/513240 |
| 218 | aliexpress.com/store/516272 |
| 219 | aliexpress.com/store/518650 |
| 220 | aliexpress.com/store/519207 |
| 222 | aliexpress.com/store/526279 |
| 223 | aliexpress.com/store/528290 |
| 224 | aliexpress.com/store/528902 |
| 225 | aliexpress.com/store/533451 |
| 226 | aliexpress.com/store/539356 |
| 227 | aliexpress.com/store/604034 |
| 228 | aliexpress.com/store/605529 |
| 229 | aliexpress.com/store/606970 |
| 230 | aliexpress.com/store/606970 |
| 231 | aliexpress.com/store/611987 |
| 232 | aliexpress.com/store/620472 |
| 233 | aliexpress.com/store/621783 |
| 234 | aliexpress.com/store/622234 |
| 235 | aliexpress.com/store/622234 |
| 236 | aliexpress.com/store/622453 |
| 237 | aliexpress.com/store/626248 |
| 238 | aliexpress.com/store/626383 |
| 239 | aliexpress.com/store/627927 |
| 240 | aliexpress.com/store/630395 |

| | |
|---|---|
| 241 | aliexpress.com/store/631239 |
| 242 | aliexpress.com/store/631239 |
| 243 | aliexpress.com/store/633895 |
| 244 | aliexpress.com/store/700568 |
| 245 | aliexpress.com/store/700568 |
| 246 | aliexpress.com/store/700568 |
| 247 | aliexpress.com/store/712882 |
| 248 | aliexpress.com/store/713636 |
| 249 | aliexpress.com/store/715136 |
| 250 | aliexpress.com/store/716811 |
| 251 | aliexpress.com/store/718343 |
| 252 | aliexpress.com/store/718346 |
| 253 | aliexpress.com/store/718916 |
| 254 | aliexpress.com/store/720570 |
| 255 | aliexpress.com/store/727281 |
| 256 | aliexpress.com/store/728327 |
| 257 | aliexpress.com/store/734633 |
| 258 | aliexpress.com/store/734633 |
| 259 | aliexpress.com/store/736293 |
| 260 | aliexpress.com/store/737547 |
| 261 | aliexpress.com/store/738068 |
| 262 | aliexpress.com/store/806452 |
| 264 | aliexpress.com/store/812201 |
| 265 | aliexpress.com/store/812210 |
| 266 | aliexpress.com/store/815580 |
| 267 | aliexpress.com/store/816049 |
| 268 | aliexpress.com/store/818235 |
| 269 | aliexpress.com/store/819814 |
| 270 | aliexpress.com/store/820421 |
| 271 | aliexpress.com/store/820638 |
| 272 | aliexpress.com/store/821073 |
| 273 | aliexpress.com/store/822409 |
| 274 | aliexpress.com/store/825083 |
| 275 | aliexpress.com/store/827494 |
| 276 | aliexpress.com/store/827912 |
| 277 | aliexpress.com/store/829345 |
| 279 | aliexpress.com/store/831023 |
| 281 | aliexpress.com/store/835351 |
| 283 | aliexpress.com/store/910354 |
| 284 | aliexpress.com/store/913987 |
| 285 | aliexpress.com/store/916778 |

| | |
|---|---|
| 286 | aliexpress.com/store/924156 |
| 287 | aliexpress.com/store/924156 |
| 288 | aliexpress.com/store/924747 |
| 289 | aliexpress.com/store/926011 |
| 293 | aliexpress.com/store/929154 |
| 294 | aliexpress.com/store/931318 |
| 295 | aliexpress.com/store/931955 |
| 296 | aliexpress.com/store/937192 |
| 297 | aliexpress.com/store/product/10pcs-lot-cartoon-Monster-Energy-claws-ghost-monster-single-sided-key-ring-Keychains-pendant-wholesale-gift/1684140_32277839078.html |
| 298 | aliexpress.com/store/product/10pcs-lot-cartoon-Monster-Energy-claws-ghost-monster-single-sided-key-ring-Keychains-pendant-wholesale-gift/222168_32276847051.html |
| 299 | aliexpress.com/store/product/Hot-6pcs-lots-Mqnster-Energy-hard-Transparent-Clear-case-cover-for-Samsung-S3-i9300-Wholesale-and/1267463_1889700716.html |
| 300 | aliexpress.com/store/product/two-Side-Custom-PillowCase-monster-energy-PillowCase-20x30-inch/1431025_32241732979.html |
| 301 | aliexpress.com/supplier-fm/wholesale-products/231861105-productlist.html |
| 302 | ioffer.com/selling/caseexpressshipping |
| 303 | pt.aliexpress.com/store/1243215 |
| 304 | www.aliexpress.com/store/1184190 |
| 305 | ebay.com/itm/Cotton-Acrylic-Blended-Baggy-Beanie-Winter-Hats-Outdoor-Ski-Caps-Monster-Fashion-/390967240315?pt=US_Hats&var=&hash=item5b0776a67b |
| 307 | ebay.com/itm/Honda-CRF50-XR50-Pit-bike-black-plastic-kit-Fairing-XR-CRF-3M-graphic-decal-/181114645340?pt=Motorcycles_Parts_Accessories&hash=item2a2b462b5c&vxp=mtr |
| 309 | ebay.com/itm/New-Fashion-Cotton-Blended-Baggy-Beanie-Winter-Hats-Outdoor-Caps-Monster-/191438893695?pt=US_Baseball_Fan_Shop&hash=item2c92a5b27f |
| 310 | ebay.com/itm/New-Fashion-Cotton-Blended-Baggy-Beanie-Winter-Hats-Outdoor-Caps-Monster-/251724348363?pt=US_Hats&var=&hash=item3a9bf0bbcb |
| 311 | ebay.com/itm/NEW-Mens-Motogp-Valentino-Rossi-Monster-46-VR46-Baseball-Hat-Peaked-Cap-Moto-GP-/251728464725?pt=Apparel_Merchandise&hash=item3a9c2f8b55&vxp=mtr |
| 314 | ioffer.com/selling/ronghua996 |
| 315 | ioffer.com/selling/ronghua996 |
| 316 | ioffer.com/i/subaru-world-ralley-team-polo-534939444 |
| 317 | ioffer.com/selling/ahmusawi |
| 318 | ioffer.com/selling/ahmusawi |
| 319 | ioffer.com/selling/coolhousestore |
| 320 | ioffer.com/selling/cretikone34 |
| 321 | ioffer.com/selling/danapark4 |
| 322 | ioffer.com/selling/danapark4 |
| 323 | ioffer.com/selling/gleglobal |

| | |
|---|---|
| 324 | ioffer.com/selling/lamisso33 |
| 325 | ioffer.com/selling/lokaloki98 |
| 326 | ioffer.com/selling/reinage |
| 327 | ioffer.com/selling/stickeraholic |
| 328 | ioffer.com/selling/taogik78 |
| 329 | ioffer.com/selling/venuswu |
| 330 | ioffer.com/selling/yoshitsune |
| 331 | aliexpress.com/store/1427265 |

| Defendant Domain Names | |
|---|---|
| 1 | greathosting.us |
| 2 | newerait.biz |
| 3 | cheap-hats.cc |
| 4 | thecheek.co.uk |
| 5 | ttbuy.co.uk |
| 6 | capsnewerauk.co.uk |
| 7 | foriphone6cases.co.uk |
| 8 | cheapoutletforsale.com |
| 9 | vipsportcaps.com |
| 10 | topsportcaps.com |
| 11 | inmkstyle.com |
| 12 | fashiongreatshop.com |
| 13 | goonvip2.com |
| 14 | shoes-online-stores.com |
| 15 | airmaxzapatos.com |
| 16 | shoes-sellers.com |
| 17 | tradeey.com |
| 18 | crazyhatsclub.com |
| 19 | cheapenjoy27.com |
| 20 | supremecasquette.com |
| 21 | free-hats.com |
| 22 | salecheaphats.com |
| 23 | trade-aliexpress.com |
| 24 | goodt-shirtok.com |
| 25 | topmarqueslink2015.com |
| 26 | bigdatamadereal.com |
| 27 | cambtfootwear.com |
| 28 | topmarqueweb2015.com |
| 29 | topmarqueslinks2015.com |
| 30 | enstoreonline.com |
| 31 | yeahclothes.com |

| 32 | eztogs.com |
|----|------------|
| 33 | monsterenergyfan.com |
| 34 | descasquettepascher.com |
| 35 | spormarkde.com |
| 36 | dcshoessaleshop.com |
| 37 | kepsarsverigerea.com |
| 38 | kappewien.com |
| 39 | billigakepsaronline.com |
| 40 | finewyou.com |
| 41 | cahothats.com |
| 42 | capscheap.com |
| 43 | cheapredcap.com |
| 44 | snapbackolshop.com |
| 45 | marqueciel.com |
| 46 | newerakepsarse.com |
| 47 | lookfreecrochethatpatterns.com |
| 48 | xn--kbkasketter-ggb.com |
| 49 | dcshoesoutletonline.com |
| 50 | buyinghatsonline.com |
| 51 | hattnettbutikk.com |
| 52 | venditacappellini.com |
| 53 | negozioneweraoutlet.com |
| 54 | wholesalesnapbackscaps.com |
| 55 | dhbiz.com |
| 56 | schoenenwinkelbe.com |
| 58 | nflit.com |
| 59 | popcaps4u.com |
| 60 | jogodepuzzle.com |
| 61 | 2013hats.com |
| 62 | newera-vendita.com |
| 63 | gorrasprecios.com |
| 64 | cappellinimilano.com |
| 65 | thefashionnewerahats.com |
| 66 | capsforamerica.com |
| 67 | foriphone6casesale.com |
| 68 | monsterenergyhats2015.com |
| 69 | supplyfashionhats.com |
| 70 | hatsown.com |
| 71 | schuhepreis.com |
| 72 | cappelliitaly.com |
| 73 | lescasquettessoldes.com |

| 74  | outletcappelli.com |
|-----|--------------------|
| 75  | offertacappelli.com |
| 76  | eshatmallss.com |
| 77  | hatspain.com |
| 78  | monsterclothinglove.com |
| 79  | cappellosaldi.com |
| 80  | kappebilliger.com |
| 81  | diamondsnapbackz.com |
| 82  | dconlinetekoop.com |
| 83  | hatsonlinestoreusa.com |
| 84  | cappellimoda.com |
| 85  | neweravenditamilano.com |
| 86  | hattoslo.com |
| 87  | gorrasbaratasenmadrid.com |
| 88  | offertecappelli.com |
| 89  | capsonline2014.com |
| 90  | discountclassiccaps.com |
| 91  | monsterenergystyle.com |
| 92  | classiccapsonline.com |
| 93  | bestfashionhats.com |
| 94  | capsstorewholesale.com |
| 95  | dulichhomnay.com |
| 96  | newhatsera.com |
| 97  | bouncebacktolife.com |
| 98  | newera-fr.com |
| 99  | hatspop.com |
| 100 | dc-danmark.com |
| 101 | capsoutletwholesale.com |
| 102 | modaneweraonline.com |
| 103 | neweraberlinshop.com |
| 104 | wholesale-snapbackshats.com |
| 105 | antiquesilverco.com |
| 106 | ventadczapatillas.com |
| 107 | herreidmotel.com |
| 108 | clubprepa.com |
| 109 | monsterenergyusa.com |
| 110 | repvip.com |
| 111 | achetermode.com |
| 112 | newerabaratasgorras.com |
| 113 | cheapredcapss.com |
| 114 | abocompany.com |

| | |
|---|---|
| 115 | airmagfr.com |
| 116 | casquettes-snapback.com |
| 117 | weplel.com |
| 118 | thehockeyweb.com |
| 119 | orderangrybirdscrochethat.com |
| 120 | ownlidssnapbacks.com |
| 121 | lookspongebobcrochethatpattern.com |
| 122 | sportiveuomoit.com |
| 123 | soundshopstudios.com |
| 124 | schuhdekaufens.com |
| 125 | speicherbillig.com |
| 126 | somsko.com |
| 127 | nssportsco.com |
| 128 | casquetteparisvente.com |
| 129 | dconlinezapatillas.com |
| 130 | dcshoes2014.com |
| 131 | happyshophere.com |
| 132 | achatlescasquettes.com |
| 133 | 33neweracasquette.com |
| 134 | herehats.com |
| 135 | topdcshoes.com |
| 136 | capsandhatsoutlet.com |
| 137 | begintrade2015.com |
| 138 | ushatcapss.com |
| 139 | bestnewerashop.com |
| 140 | newerastoreonline.com |
| 141 | neweraitalia2014.com |
| 142 | cappellinimoda.com |
| 143 | 90hats.com |
| 144 | latestsnapbacks.com |
| 145 | lidshatland.com |
| 146 | clmmm.com |
| 147 | dcshoesonlineoutlet.com |
| 148 | modaneweraitalia.com |
| 149 | kappegunstig.com |
| 150 | tiendasgorras.com |
| 151 | hatsonlineclassic.com |
| 152 | lovewumarket.com |
| 153 | outletck.com |
| 154 | casquettedefrance.com |
| 155 | ventadenewera.com |

| | |
|---|---|
| 156 | kepsrea.com |
| 157 | geografic.info |
| 158 | snapbackcapno.info |
| 159 | cheapsnapbackscaps.me.uk |
| 160 | salebestgoods.net |
| 161 | newera59fiftycheap.net |
| 162 | jerseyonfire.net |
| 163 | buycheapnewerasnapbacks.net |
| 164 | lookbugsbunnybullssnapback.net |
| 165 | buyhatergalaxysnapback.net |
| 166 | shopcheapnewerasnapbacks.net |
| 167 | owntisasnapbackhats.net |
| 168 | wear666.net |
| 169 | customnewerahats.org |
| 170 | mlbhatsnewera.org |
| 171 | snapbackshatsforsale.org |
| 172 | hatsstore.org |
| 173 | paschernewera.org |
| 174 | cappellisaldi.org |
| 175 | hiveronline2015.org |
| 176 | dcshoesonlinestore.org |
| 177 | snapbackvips.org |
| 178 | chausetdoud.org |
| 179 | cheaphatswholesale.org |
| 180 | shopcheapnewerasnapbacks.org |
| 181 | lookbugsbunnybullssnapback.org |
| 182 | kasketter.org |
| 183 | samsunggalaxys5cases.us |
| 184 | lidalida.us |
| 185 | cheapgears.us |
| 186 | limp.us |
| 187 | odfjell.us |
| 188 | earthweek.us |
| 189 | eurobungy.us |
| 190 | gaytravelinformation.us |
| 191 | nitroland.us |
| 192 | newerastoreoutlet.us |
| 193 | newerahats.us |
| 194 | danmarcou.us |
| 195 | justdesignwith.us |
| 196 | hamamotuyagi.us |

| | |
|---|---|
| 197 | enterprise-cloud.us |
| 198 | danceno1.us |
| 199 | newerahatsale.us |
| 200 | hatsofferonline.us |
| 201 | capsoutletonline.us |
| 202 | neweraoutletonline.us |
| 203 | sustains.us |