**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MONSTER ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHEN WENSHENG, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 15-cv-4166<br><br>**Judge Joan H. Lefkow**<br><br>**Magistrate Judge Daniel G. Martin** |

**Declaration of Bruce Kingsland**

**DECLARATION OF BRUCE KINGSLAND**

I, Bruce Kingsland, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am currently employed as the Director of Global Brand Protection & Corporate Investigations of Monster Energy Company ("MEC") of Corona, California, where I have worked since 2013. I am knowledgeable about or have access to business records concerning all aspects of the brand protection operation of MEC, including, but not limited to, its trademarks, copyrights, other intellectual property, sales, on-line sales, advertising, marketing, media coverage, and associated international operations. I make this declaration from matters within my own knowledge save where otherwise stated.

3. MEC is a worldwide leader in the business of developing, marketing, selling and distributing beverages, including energy drinks.

4. MEC also uses MEC's registered trademarks (the "MONSTER ENERGY Trademarks") and MEC's registered copyrights (the "Copyrighted Designs") on and in connection with the creation and distribution of a large variety of products, including, but not limited to, stickers, clothing items, helmets, headgear, sports gear, and sports bags that bear Claw Icon Mark, MONSTER™ mark, and/or MONSTER ENERGY® mark (collectively, the "Monster Energy Products").

5. Additionally, MEC sponsors over 200 athletes and numerous athletic, music, and entertainment events in the United States and Illinois in connection with its branded drinks, apparel, and accessories bearing one or both of the MONSTER ENERGY

Trademarks. For example, MEC sponsored "The Street Series" in Grant Park, Chicago, Illinois in July 2015, which was attended by hundreds of bicycle BMX riders. Since 2008, MEC has also been a sponsor of the Vans Warped Tour, a yearly nationwide concert tour with a Chicago, Illinois stop (the stop in Chicago, Illinois was the tour's greatest attended stop for the period of 2008 to 2011). For 2015, MEC was a "Featured Sponsor" of the Vans Warped Tour, which had a stop at the First Midwest Bank Amphitheatre on July 25, 2015, in Chicago, Illinois.

6. MEC's MONSTER™ family of products has achieved substantial commercial success. Worldwide retail sales now exceed 3 billion cans per year with estimated retail sales exceeding US$6 billion per year worldwide. MEC's MONSTER ENERGY® brand has established itself as the best-selling energy drink brand in the U.S. by unit volume in the measured energy drink market.

7. In Illinois alone, millions of dollars' worth of MEC's MONSTER™ family of products have been sold to Illinois residents through brick and mortar accounts such as 7-Eleven, Walmart, Costco, Sam's Club, CVS, Walgreens, Target, and Circle K, to name a few.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of July 2015, at Corona, California.

Bruce Kingsland

Bruce Kingsland