**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MONSTER ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHEN WENSHENG, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 15-cv-4166<br><br>**Judge Joan H. Lefkow**<br><br>**Magistrate Judge Daniel G. Martin** |

**Declaration of Allyson Martin**

**DECLARATION OF ALLYSON MARTIN**

I, Allyson Martin, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney at the law firm Greer, Burns & Crain Ltd. ("GBC"). I have personal knowledge of the following facts and, if called as a witness, I could and would testify as follows:

2. I have reviewed Alibaba Group Holding Limited's Form F-1 Registration Statement filed with the Securities and Exchange Commission. Defendant Wu Zou d/b/a the Defendant Internet Store Legend Trading Co., Ltd (hereinafter, "Legend Trading") is a commercial Internet Store on the global marketplace AliExpress.com ("AliExpress"), a unit of Alibaba Group Holding Ltd. ("Alibaba"). A true and correct copy of relevant excerpts of the SEC filing and screenshots from alibabagroup.com and aliexpress.com are attached hereto as **Exhibit 1**. The full report can be accessed at: http://www.alibabagroup.com/en/ir/secfilings (last accessed July 21, 2015).

3. Alibaba platforms, including AliExpress, are notorious for selling counterfeit products. Numerous news outlets have illustrated the immense trademark counterfeiting that takes place on Alibaba platforms. A 2015 *Fortune Magazine* article entitled "There's no end in sight for Alibaba's counterfeit problem" and a 2015 *CNNMoney* article entitled "Alibaba has a major counterfeit problem" have both discussed the immense trademark counterfeiting that takes place on Alibaba platforms. True and correct copies of the *Fortune Magazine* and *CNNMoney* articles are attached hereto as **Exhibit 2**. Alibaba has been sued in the United States by Gucci America Inc., and other luxury brands, for "knowingly mak[ing] it possible for an army of counterfeiters to sell their illegal wares

throughout the world, including the United States, and are compensated by the counterfeiters for enabling the illegal sale of Countefeit Products." *Gucci America, Inc., et al. v. Alibaba Group Holding Ltd.*, et al., No. 1:15-cv-03784 (S.D.N.Y. May 15, 2015). Namely, "sellers not only build their storefronts and product catalogues on [Alibaba's] marketplaces; they also rely on [Alibaba's] platform for a range of essential support services to operate their businesses." *Id*. at ¶ 12 (quoting Alibaba Group Holding Limited's Amendment No. 1 to Form F-1 Registration Statement dated June 16, 2014). "Among other essential support services the Alibaba Defendants provide 'Web based and mobile interfaces to manage listings, orders and customer relationship as well as cloud computing services for their enterprise resource planning . . . and client relationship management." *Id*. A true and correct copy of the complaint filed in *Gucci America, Inc., et al. v. Alibaba Group Holding Ltd., et al.* is attached as part of **Exhibit 10**, the unpublished decisions cited in Plaintiff's Response to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and to Release Frozen Funds [50].

4. Even the Chinese government has publicly accused Alibaba of failing to police the sale of counterfeit goods on its platforms. A 2015 *Wall Street Journal* article entitled "China Raps Alibaba for Fakes" states that the "Chinese government accused e-commerce giant Alibaba of failing to crack down on the sale of fake goods, bribery and other illegal activity on its sites" in a public white paper published by China's State Administration for Industry and Commerce. A true and correct copy of the *Wall Street Journal* article is attached hereto as **Exhibit 3**.

5. AliExpress is Alibaba's English language global retail marketplace for Chinese sellers to target and sell to consumers worldwide, many of them located in the United States. The

platform enables consumers from the U.S. to buy directly from wholesalers and manufacturers in China. All prices on AliExpress are quoted in U.S. dollars and a variety of options are available for shipping products to the United States, including UPS, FedEx, DHL and international mail carriers. The English language AliExpress platform allows consumers to designate U.S. shipping addresses and displays product prices and shipping costs only in U.S. dollars. See **Exhibit 1**. In addition, a true and correct copy of screenshots showing the registration process, including the available U.S. shipping options, for an AliExpress buyer account is attached hereto as **Exhibit 4**.

6. As part of its counterfeit enforcement program, GBC has purchased over one hundred sample counterfeit products from AliExpress sellers that were shipped to and received in Chicago, Illinois. Included among these products are over a dozen counterfeit products featuring Monster Energy Company's ("MEC") registered trademarks (the "MONSTER ENERGY Trademarks") and infringing MEC's registered copyrights (the "Copyrighted Designs") (collectively, the "Counterfeit Monster Energy Products") that were shipped to Illinois. True and correct copies of screenshots documenting the purchases and shipments to Chicago, Illinois of Counterfeit Monster Energy Products are attached hereto as **Exhibit 5**.

7. Legend Trading is an AliExpress Internet store offering Counterfeit Monster Energy Products for sale to United States and Illinois residents. The Counterfeit Monster Energy Product images confirm Legend Trading's use of counterfeit versions of the MONSTER ENERGY Trademarks and infringement of the Copyrighted Designs. MEC previously filed a screenshot of the Counterfeit Monster Energy Products listing as Part 17 of Exhibit

2 to the Declaration of Bruce Kingsland [13]. [27-7], pp. 113-132. For convenience, a true and correct copy of an excerpt of Docket No. 27-7 is also attached hereto as **Exhibit 6**.

8. Legend Trading elected to do business with the United States by affirmatively selecting a shipping template for the Counterfeit Monster Energy Product to ship products to the United States via China Post Registered Air Mail, with free shipping and an estimated delivery time of 15-26 days. Page 3 of Exhibit 6 attached hereto shows that under the heading "Shipping," the Counterfeit Monster Energy Product listing shows "Free Shipping to United States via China Post Registered Air Mail, Delivery: 5-26 days (ships out within 7 business days)."

9. I accessed Legend Trading's feedback page. Feedback posted by buyers on Legend Trading's store confirms that products were shipped to U.S.-based buyers. For example, U.S.-based buyers commented "Very bad quality," "thank you so much I like it …," "nice cushions," "Good quality !," "fast shipping," "DO NOT BUY!!!!! THIS PRODUCT IS VERY CHEAP!!!! I tried to contact seller and no response. DO NOT BUY!!!!! VERY POOR QUALITY!!!!!!!," and "Thank you. Fast delivery. Good quality product," indicating that their products were shipped into the United States. A true and correct copy of screenshots of Legend Trading's feedback page is attached hereto as **Exhibit 7**.

10. After reviewing Legend Trading's inventory of Counterfeit Monster Energy Products, MEC's investigator placed an order on Legend Trading for a Counterfeit Monster Energy Product. Legend Trading described the item as a "Free Shipping 2014 New Spring and Autumn Motocross Gloves Bicycle Gloves Pro-biker Half Finger Leather Gloves" and offered it for sale at $8.99 with 8991 pieces and three colors available. The "Review Your

Order" page confirms the Chicago, Illinois shipping address and delivery time to said address. See **<u>Exhibit 6</u>**.

11. Subsequently, MEC's investigator engaged in a chat conversation with Legend Trading through Mike zou on March 11, 2015. Legend Trading confirmed that MEC's investigator could pay by PayPal, and provided the PayPal account associated with the email address zwfwfl159@163.com. Legend Trading asked MEC's investigator to specify what product MEC's investigator wanted. MEC's investigator provided Legend Trading with order number 66266739462744, where MEC's investigator ordered Counterfeit Monster Energy Products with shipping to Chicago, Illinois. See **<u>Exhibit 6</u>**, page 20.

12. I reviewed the Account Information page for the PayPal account associated with the email address zwfwf159@163.com provided by PayPal. The Account Information for the PayPal account associated with the email address zwfwf159@163.com lists "wu zou" as the Account Owner and "ZWFWF159" as the Credit Card Statement Name. Similarly, much of the other information for the PayPal account associated with the email address zwfwf159@163.com is incomplete, including the business name, business URL, customer service phone number, social security number, and taxpayer identification number. A true and correct copy of the Account Information page provided by PayPal is attached hereto as **<u>Exhibit 8</u>**.

13. I reviewed the PayPal transaction log for the PayPal account associated with the email address zwfwf159@163.com provided by PayPal. The PayPal transaction log lists seventy five (75) transactions with United States residents, including one (1) transaction with a Chicago, Illinois resident. Many of the entries fail to provide detail sufficient to determine the products sold for a particular transaction. A true and correct copy of the PayPal

transaction log for the PayPal account associated with the email address zwfwf159@163.com is attached hereto as **Exhibit 9**.

14. I reviewed the cases listed in the below chart, where Courts in this District granted the plaintiffs' *ex parte* Motions for Entry of a Temporary Restraining Order. Thirty-one (31) different Courts in this District in over two hundred (200) cases have properly exercised jurisdiction over commercial, interactive Internet stores offering to sell counterfeit products to the United States, including Illinois.

| **Case** | **Judge** |
|---|---|
| *Beats Electronics, LLC v. The Partnerships, et al.*, No. 1:13-cv-06724 (N.D. Ill. Nov. 14, 2013) | Judge Samuel Der-Yeghiayan |
| *Beats Electronics, LLC v. The Partnerships, et al.*, No. 1:13-cv-08590 (N.D. Ill. Feb. 25, 2014) | Judge James B. Zagel |
| *Beats Electronics, LLC v. The Partnerships, et al.*, No. 1:14-cv-00829 (N.D. Ill. Apr. 15, 2014) | Judge James F. Holderman |
| *Beats Electronics, LLC v. The Partnerships, et al.*, No. 1:14-cv-02865 (N.D. Ill. June 30, 2014) | Judge Rebecca R. Pallmeyer |
| *Beats Electronics, LLC v. The Partnerships, et al.*, No. 1:14-cv-05209 (N.D. Ill. Oct. 7, 2014) | Judge Manish S. Shah |
| *Burberry Limited, et al. v. The Partnerships, et al.*, No. 1:14-cv-04824 (N.D. Ill. Sept. 25, 2014) | Judge Sara L. Ellis |
| *Burberry Limited, et al. v. The Partnerships, et al.*, No. 1:14-cv-06287 (N.D. Ill. Nov. 4, 2014) | Judge Joan Humphrey Lefkow |
| *Burberry Limited, et al. v. The Partnerships, et al.*, No. 1:14-cv-08220 (N.D. Ill. Dec. 11, 2014) | Judge John W. Darrah |
| *Burberry Limited, et al. v. The Partnerships, et al.*, No. 1:14-cv-09901 (N.D. Ill. Feb. 13, 2015) | Judge Charles Norgle |
| *Burberry Limited, et al. v. Su Sheng, et al.*, No. 1:15-cv-02851 (N.D. Ill. May 27, 2015) | Judge Harry D. Leinenweber |
| *Bulgari, S.p.A. v. The Partnerships, et al.*, No. 1:14-cv-00836 (N.D. Ill. Apr. 8, 2014) | Judge Robert W. Gettleman |
| *Bulgari, S.p.A. v. The Partnerships, et al.*, No. 1:14-cv-04819 (N.D. Ill. Sept. 2, 2014) | Judge Ronald A. Guzman |
| *Bulgari, S.p.A. v. The Partnerships, et al.*, No. 1:14-cv-07721 (N.D. Ill. Dec. 10, 2014) | Judge Sharon Johnson Coleman |
| *Bulgari, S.p.A. v. The Partnerships, et al.*, No. 1:14-cv-09980 (N.D. Ill. Feb. 17, 2015) | Judge John Robert Blakey |
| *Calvin Klein Trademark Trust, et al. v. The Partnerships, et al.*, No. 1:13-cv-08186 (N.D. Ill. Jan. 14, 2014) | Judge Matthew F. Kennelly |

| | |
|---|---|
| *Calvin Klein Trademark Trust, et al. v. The Partnerships, et al.*, No. 1:14-cv-00890 (N.D. Ill. Apr. 3, 2014) | Judge Matthew F. Kennelly |
| *Calvin Klein Trademark Trust, et al. v. Lin Guo Ying*, No. 1:14-cv-02991 (N.D. Ill. July 2, 2014) | Judge Elaine E. Bucklo |
| *Calvin Klein Trademark Trust, et al. v. The Partnerships, et al.*, No. 1:14-cv-05337 (N.D. Ill. Sept. 16, 2014) | Judge Amy J. St. Eve |
| *Calvin Klein Trademark Trust, et al. v. The Partnerships, et al.*, No. 1:14-cv-07003 (N.D. Ill. Nov. 18, 2014) | Judge Thomas M. Durkin |
| *Calvin Klein Trademark Trust, et al. v. The Partnerships, et al.*, No. 1:14-cv-09070 (N.D. Ill. Jan. 14, 2015) | Judge Harry D. Leinenweber |
| *Calvin Klein Trademark Trust, et al. v. Chen Xiao Dong, et al.*, No. 1:15-cv-02224 (N.D. Ill. May 12, 2015) | Judge Sara L. Ellis |
| *NBA Properties, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-07181 (N.D. Ill. Nov. 20, 2013) | Judge Rebecca R. Pallmeyer |
| *NBA Properties, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-08870 (N.D. Ill. Feb. 13, 2014) | Judge Robert W. Gettleman |
| *NBA Properties, Inc., et al. v. The Partnerships, et al.*, No. 1:14-cv-04321 (N.D. Ill. Aug. 26, 2014) | Judge James B. Zagel |
| *NBA Properties, Inc., et al. v. Huan Qing, et al.*, No. 1:15-cv-01198 (N.D. Ill. May 6, 2015) | Judge Virginia M. Kendall |
| *Chrome Hearts LLC v. The Partnerships, et al.*, No. 1:13-cv-04784 (N.D. Ill. Sept. 9, 2013) | Judge Amy J. St. Eve |
| *Chrome Hearts LLC v. The Partnerships, et al.*, No. 1:14-cv-00061 (N.D. Ill. Mar. 20, 2014) | Judge John W. Darrah |
| *Chrome Hearts LLC v. The Partnerships, et al.*, No. 1:14-cv-04826 (N.D. Ill. Aug. 26, 2014) | Judge Sharon Johnson Coleman |
| *Chrome Hearts LLC v. The Partnerships, et al.*, No. 1:14-cv-06602 (N.D. Ill. Nov. 12, 2014) | Judge John W. Darrah |
| *Chrome Hearts LLC v. The Partnerships, et al.*, No. 1:14-cv-10093 (N.D. Ill. Feb. 17, 2015) | Judge Virginia M. Kendall |
| *Coach, Inc., et al. v. Lin Feng, et al.*, No. 1:12-cv-08963 (N.D. Ill. Jan. 7, 2013) | Judge Elaine E. Bucklo |
| *Coach, Inc., et al. v. DOES 1-100, et al.*, No. 1:12-cv-09852 (N.D. Ill. Feb. 7, 2013) | Judge Matthew F. Kennelly |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-00732 (N.D. Ill. Mar. 28, 2013) | Judge Matthew F. Kennelly |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-02035 (N.D. Ill. May 21, 2013) | Judge Ronald A. Guzman |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-03079 (N.D. Ill. June 18, 2013) | Judge Harry D. Leinenweber |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-04497 (N.D. Ill. Aug. 7, 2013) | Judge Robert M. Dow Jr. |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-05554 (N.D. Ill. Oct. 1, 2013) | Judge Robert W. Gettleman |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-06618 (N.D. Ill. Nov. 13, 2013) | Judge Ronald A. Guzman |

| | |
|---|---|
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-07822 (N.D. Ill. Jan. 7, 2014) | Judge Sharon Johnson Coleman |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-08760 (N.D. Ill. Feb. 25, 2014) | Judge James B. Zagel |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:14-cv-00465 (N.D. Ill. Mar. 23, 2014) | Judge John Z. Lee |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:14-cv-01600 (N.D. Ill. May 22, 2014) | Judge John W. Darrah |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:14-cv-02896 (N.D. Ill. June 12, 2014) | Judge Matthew F. Kennelly |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:14-cv-04318 (N.D. Ill. Aug. 19, 2014) | Judge John J. Tharp Jr. |
| *Coach, Inc., et al. v. Yonglong Ke, et al.*, No. 1:14-cv-05842 (N.D. Ill. Sept. 26, 2014) | Judge Elaine E. Bucklo |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:14-cv-07466 (N.D. Ill. Nov. 25, 2014) | Judge John Z. Lee |
| *Coach, Inc., et al. v. The Partnerships, et al.*, No. 1:14-cv-09924 (N.D. Ill. Feb. 12, 2015) | Judge Joan Humphrey Lefkow |
| *Conair Corporation v. The Partnerships, et al.*, No. 1:14-cv-06670 (N.D. Ill. Oct. 30, 2014) | Judge Harry D. Leinenweber |
| *Conair Corporation v. The Partnerships, et al.*, No. 1:14-cv-09787 (N.D. Ill. Mar. 20, 2015) | Judge Edmond E. Chang |
| *Furla S.p.A. v. Huachao Chen, et al.*, No. 1:14-cv-09757 (N.D. Ill. Jan. 28, 2015) | Judge Ruben Castillo |
| *Lululemon Athletica Canada Inc. v. The Partnerships, et al.*, No. 1:13-cv-06297 (N.D. Ill. Oct. 28, 2013) | Judge Thomas M. Durkin |
| *Lululemon Athletica Canada Inc. v. The Partnerships, et al.*, No. 1:14-cv-00168 (N.D. Ill. Mar. 6, 2014) | Judge Robert M. Dow Jr. |
| *Lululemon Athletica Canada Inc. v. The Partnerships, et al.*, No. 1:14-cv-03143 (N.D. Ill. June 25, 2014) | Judge Robert W. Gettleman |
| *Lululemon Athletica Canada Inc. v. Gao Ming, et al.*, No. 1:14-cv-05478 (N.D. Ill. Oct. 6, 2014) | Judge Milton I. Shadur |
| *Lululemon Athletica Canada Inc. v. The Partnerships, et al.*, 1:14-cv-09646 (N.D. Ill. (Jan. 20, 2015) | Judge Samuel Der-Yeghiayan |
| *Lululemon Athletica Canada Inc. v. Lin Xingui, et al.*, 1:-15-cv-02856 (N.D. Ill. May 27, 2015) | Judge John Z. Lee |
| *Manolo Blahnik International Limited v. The Partnerships, et al.*, No. 1:13-cv-07810 (N.D. Ill. Jan. 6, 2014) | Judge Virginia M. Kendall |
| *Manolo Blahnik International Limited v. The Partnerships, et al.*, No. 1:14-cv-01413 (N.D. Ill. Apr. 22, 2014) | Judge Robert W. Gettleman |
| *Manolo Blahnik International Limited v. The Partnerships, et al.*, No. 1:14-cv-04174 (N.D. Ill. Aug. 27, 2014) | Judge Amy J. St. Eve |

| | |
|---|---|
| *Manolo Blahnik International Limited v. The Partnerships, et al.*, No. 1:14-cv-06606 (N.D. Ill. Oct. 27, 2014) | Judge Amy J. St. Eve |
| *Manolo Blahnik International Limited v. The Partnerships, et al.*, No. 1:14-cv-09752 (N.D. Ill. Feb. 10, 2015) | Judge Sharon Johnson Coleman |
| *Michael Kors, L.L.C. v. The Partnerships, et al.*, No. 1:13-cv-08612 (N.D. Ill. Jan. 23, 2014) | Judge Rebecca R. Pallmeyer |
| *Michael Kors, L.L.C. v. The Partnerships, et al.*, No. 1:14-cv-01823 (N.D. Ill. May 6, 2014) | Judge James F. Holderman |
| *Michael Kors, L.L.C. v. The Partnerships, et al.*, No. 1:14-cv-03736 (N.D. Ill. July 16, 2014) | Judge Matthew F. Kennelly |
| *Michael Kors, L.L.C. v. The Partnerships, et al.*, No. 1:14-cv-05485 (N.D. Ill. Sept. 23, 2014) | Judge James B. Zagel |
| *Michael Kors, L.L.C. v. The Partnerships, et al.*, No. 1:14-cv-06176 (N.D. Ill. Oct. 23, 2014) | Judge Virginia M. Kendall |
| *Michael Kors, L.L.C. v. The Partnerships, et al.*, No. 1:14-cv-06640 (N.D. Ill. Nov. 18, 2014) | Judge Robert W. Gettleman |
| *Michael Kors, L.L.C. v. The Partnerships, et al.*, No. 1:14-cv-07155 (N.D. Ill. Nov. 6, 2014) | Judge Thomas M. Durkin |
| *Michael Kors, L.L.C. v. The Partnerships, et al.*, No. 1:14-cv-07501 (N.D. Ill. Nov. 20, 2014) | Judge Manish S. Shah |
| *Michael Kors, L.L.C. v. The Partnerships, et al.*, No. 1:14-cv-07872 (N.D. Ill. Dec. 4, 2014) | Judge John Robert Blakey |
| *Michael Kors, L.L.C. v. The Partnerships, et al.*, No. 1:14-cv-08303 (N.D. Ill. Dec. 11, 2014) | Judge John W. Darrah |
| *Michael Kors, L.L.C. v. The Partnerships, et al.*, No.1:14-cv-08930 (N.D. Ill. Jan. 06, 2015) | Judge Gary Feinerman |
| *Michael Kors, L.L.C. v. The Partnerships, et al.*, No. 1:14-cv-09317 (N.D. Ill. Jan. 15, 2015) | Judge Samuel Der-Yeghiayan |
| *Michael Kors, L.L.C. v. Fengyi Zhang*, No. 1:14-cv-09903 (N.D. Ill. Jan. 23, 2015) | Judge Milton I. Shadur |
| *Michael Kors, L.L.C. v. Busheng Wang*, No. 1:15-cv-00124 (N.D. Ill. Mar. 25, 2015) | Judge Jorge L. Alonso |
| *Michael Kors, L.L.C. v. Wu Xing, et al.*, No. 1:15-cv-01618 (N.D. Ill. Apr. 20, 2015) | Judge Virginia M. Kendall |
| *Monster Energy Company v. Chen Mou Ren, et al.*, No. 1:15-cv-00277 (N.D. Ill. Mar. 25, 2015) | Judge Jorge L. Alonso |
| *Oakley, Inc. v. DOES 1-100, et al.*, No. 1:12-cv-09864 (N.D. Ill. Jan. 30, 2013) | Judge Robert M. Dow Jr. |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:13-cv-01421 (N.D. Ill. Apr. 15, 2013) | Judge Gary Feinerman |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:13-cv-02958 (N.D. Ill. June 27, 2013) | Judge Rebecca R. Pallmeyer |

| | |
|---|---|
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:13-cv-04213 (N.D. Ill. July 29, 2013) | Judge John J. Tharp Jr. |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:13-cv-05424 (N.D. Ill. Oct. 1, 2013) | Judge Robert W. Gettleman |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:13-cv-06287 (N.D. Ill. Nov. 20, 2013) | Judge Sharon Johnson Coleman |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:13-cv-07213 (N.D. Ill. Dec. 16, 2013) | Judge John Z. Lee |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:13-cv-07776 (N.D. Ill. Jan. 10, 2014) | Judge Joan B. Gottschall |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:13-cv-08951 (N.D. Ill. Feb. 6, 2014) | Judge James F. Holderman |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:14-cv-00828 (N.D. Ill. Apr. 4, 2014) | Judge Joan B. Gottschall |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:14-cv-02155 (N.D. Ill. May 21, 2014) | Judge Harry D. Leinenweber |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:14-cv-02766 (N.D. Ill. June 20, 2014) | Judge Joan B. Gottschall |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:14-cv-03993 (N.D. Ill. Sept. 2, 2014) | Judge Andrea R. Wood |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:14-cv-05098 (N.D. Ill. Aug. 26, 2014) | Judge James B. Zagel |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:14-cv-05718 (N.D. Ill. Sept. 30, 2014) | Judge Harry D. Leinenweber |
| *Oakley, Inc. v. Marry Zhang, et al.*, No. 1:14-cv-06249 (N.D. Ill. Nov. 3, 2014) | Judge Milton I. Shadur |
| *Oakley, Inc. v. Xinhuanhuan, et al.*, No. 1:14-cv-06961 (N.D. Ill. Nov. 14, 2014) | Judge Milton I. Shadur |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:14-cv-07714 (N.D. Ill. Nov. 20, 2014) | Judge James F. Holderman |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:14-cv-08455 (N.D. Ill. Jan. 7, 2015) | Judge Rebecca R. Pallmeyer |
| *Oakley, Inc. v. The Partnerships, et al.*, No. 1:14-cv-09438 (N.D. Ill. Jan. 26, 2015) | Judge Robert M. Dow Jr. |
| *Oakley, Inc. v. Yao Shu Guang, et al.*, No. 1:15-cv-00772 (N.D. Ill. May 1, 2015) | Judge Andrea R. Wood |
| *Oakley, Inc. v. Jiang Xin Yue, et al.*, No. 1:15-cv-02315 (N.D. Ill. May 7, 2015) | Judge Matthew F. Kennelly |
| *Oakley, Inc. v. Rongsheng Song, et al.*, No. 1:15-cv-03672 (N.D. Ill. June 4, 2015) | Judge Milton I. Shadur |
| *Luxottica USA LLC v. The Partnerships, et al.*, No. 1:13-cv-04429 (N.D. Ill. Aug. 13, 2013) | Judge Gary Feinerman |
| *Luxottica USA LLC v. The Partnerships, et al.*, No. 1:13-cv-08824 (N.D. Ill. July 6, 2014) | Judge Edmond E. Chang |
| *Luxottica USA LLC v. The Partnerships, et al.*, No. 1:14-cv-01584 (N.D. Ill. Apr. 22, 2014) | Judge James B. Zagel |

| | |
|---|---|
| *Luxottica USA LLC v. The Partnerships, et al.*, No. 1:14-cv-03024 (N.D. Ill. July 25, 2014) | Judge Joan B. Gottschall |
| *Luxottica USA LLC v. The Partnerships, et al.*, No. 1:14-cv-04230 (N.D. Ill. Aug. 11, 2014) | Judge Charles P. Kocoras |
| *Luxottica USA LLC v. The Partnerships, et al.*, No. 1:14-cv-05660 (N.D. Ill. Sept. 30, 2014) | Judge John W. Darrah |
| *Luxottica USA LLC v. The Partnerships, et al.*, No. 1:14-cv-06387 (N.D. Ill. Nov. 12, 2014) | Judge John W. Darrah |
| *Luxottica USA LLC v. The Partnerships, et al.*, No. 1:14-cv-07228 (N.D. Ill. Dec. 11, 2014) | Judge John W. Darrah |
| *Luxottica USA LLC v. The Partnerships, et al.*, No. 1:14-cv-08039 (N.D. Ill. Dec. 3, 2014) | Judge Samuel Der-Yeghiayan |
| *Luxottica USA LLC v. The Partnerships, et al.*, No. 1:14-cv-09061 (N.D. Ill. Jan. 14, 2015) | Judge Harry D. Leinenweber |
| *Luxottica USA LLC v. Zhang Yuanjing, et al.*, No. 1:15-cv-01726 (N.D. Ill Feb. 26, 2015) | Judge John Robert Blakey |
| *Rebel8 Inc. v. The Partnerships, et al.*, No. 1:14-cv-09821 (N.D. Ill. Jan. 7, 2015) | Judge Matthew F. Kennelly |
| *PhD Marketing Inc., et al. v. The Partnerships, et al.*, No. 1:14-cv-09898 (N.D. Ill. Mar. 10, 2015) | Judge John Robert Blakey |
| *Tory Burch LLC, et al. v. DOES 1-100, et al.*, No. 1:12-cv-07163 (N.D. Ill. Nov. 2, 2012) | Judge John Z. Lee |
| *Tory Burch LLC, et al. v. Zhong Feng, et al.*, No. 1:12-cv-09066 (N.D. Ill. Jan. 7, 2013) | Judge Elaine E. Bucklo |
| *Tory Burch LLC, et al. v. The Partnerships, et al.*, No. 1:13-cv-00130 (N.D. Ill. Mar. 28, 2013) | Judge Marvin E. Aspen |
| *Tory Burch LLC, et al. v. The Partnerships, et al.*, No. 1:13-cv-01396 (N.D. Ill. Apr. 8, 2013) | Judge Rebecca R. Pallmeyer |
| *Tory Burch LLC, et al. v. The Partnerships, et al.*, No. 1:13-cv-02059 (N.D. Ill. June 10, 2013) | Judge Virginia M. Kendall |
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:13-cv-02987 (N.D. Ill. June 5, 2013) | Judge Harry D. Leinenweber |
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:13-cv-03734 (N.D. Ill. Aug. 27, 2013) | Judge John Z. Lee |
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:13-cv-04524 (N.D. Ill. Aug. 20, 2013) | Judge Thomas M. Durkin |
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:13-cv-05256 (N.D. Ill. Sept. 24, 2013) | Judge Thomas M. Durkin |
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:13-cv-07220 (N.D. Ill. Nov. 27, 2013) | Judge Thomas M. Durkin |
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:13-cv-08041 (N.D. Ill. Feb. 12, 2014) | Judge Ronald A. Guzman |
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:13-cv-08786 (N.D. Ill Feb. 11, 2014) | Judge John Z. Lee |

| | |
|---|---|
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:14-cv-00593 (N.D. Ill. Apr. 15, 2014) | Judge Thomas M. Durkin |
| *River Light V, L.P., et al. v. Liu Danao, et al.*, No. 1:14-cv-02578 (N.D. Ill. June 4, 2014) | Judge Ruben Castillo |
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:14-cv-02734 (N.D. Ill. June 24, 2014) | Judge Joan B. Gottschall |
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:14-cv-04279 (N.D. Ill. Aug. 12, 2014) | Judge John J. Tharp Jr. |
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:14-cv-05445 (N.D. Ill. Sept. 9, 2014) | Judge Thomas M. Durkin |
| *River Light V, L.P., et al. v. WWWWGPRS@gmail.com, et al.*, No. 1:14-cv-06611 (N.D. Ill. Apr. 1, 2015) | Judge John J. Tharp Jr. |
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:14-cv-07701 (N.D. Ill. Jan. 8, 2015) | Judge John Z. Lee |
| *River Light V, L.P., et al. v. The Partnerships, et al.*, No. 1:14-cv-09392 (N.D. Ill. Mar. 6, 2015) | Judge Edmond E. Chang |
| *River Light V, L.P., et al. v. Chen Xi, et al.*, No. 1:15-cv-01812 (N.D. Ill. Apr. 28, 2015) | Judge Charles P. Kocoras |
| *True Religion Apparel, Inc., et al. v. DOES 1-100, et al.*, No. 1:12-cv-09894 (N.D. Ill. Feb. 6, 2013) | Judge Sharon Johnson Coleman |
| *True Religion Apparel, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-00580 (N.D. Ill. July 11, 2013) | Judge Edmond E. Chang |
| *True Religion Apparel, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-02523 (N.D. Ill. June 4, 2013) | Judge Robert W. Gettleman |
| *True Religion Apparel, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-04435 (N.D. Ill. Sept. 24, 2013) | Judge Sharon Johnson Coleman |
| *True Religion Apparel, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-07094 (N.D. Ill. Dec. 4, 2013) | Judge Sharon Johnson Coleman |
| *True Religion Apparel, Inc., et al. v. The Partnerships, et al.*, No. 1:13-cv-08397 (N.D. Ill. Jan. 16, 2014) | Judge Amy J. St. Eve |
| *Guru Denim, Inc., et al. v. Zhaohua Zhang, et al.*, No. 1:14-cv-07425 (N.D. Ill. Dec. 1, 2014) | Judge Elaine E. Bucklo |
| *Guru Denim, Inc., et al. v. The Partnerships, et al.*, No. 1:14-cv-09763 (N.D. Ill. Feb. 19, 2015) | Judge John W. Darrah |
| *Deckers Outdoor Corporation v. DOES 1-55, et al.*, No. 1:11-cv-00010 (Oct. 14, 2011) | Judge John W. Darrah |
| *Deckers Outdoor Corporation v. Liyanghua, et al.*, No. 1:11-cv-07970 (N.D. Ill. Apr. 11, 2012) | Judge Ronald A. Guzman |
| Deckers Outdoor Corporation, No. 1:12-cv-00377 (N.D. Ill. May 22, 2012) | Judge Ronald A. Guzman |
| *Deckers Outdoor Corporation v. DOES 1-1,281, et al.*, No. 1:12-cv-01973 (N.D. Ill. June 29, 2012) | Judge Sharon Johnson Coleman |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-04316 (N.D. Ill. Aug. 21, 2012) | Judge Matthew F. Kennelly |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-05523 (N.D. Ill. Oct. 31, 2012) | Judge Samuel Der-Yeghiayan |

| | |
|---|---|
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-06806 (N.D. Ill. Oct. 31, 2012) | Judge Robert M. Dow Jr. |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-07297 (N.D. Ill. Oct. 31, 2012) | Judge Samuel Der-Yeghiayan |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-07678 (N.D. Ill. Nov. 27, 2012) | Judge Gary Feinerman |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-07959 (N.D. Ill. Nov. 27, 2012) | Judge Amy J. St. Eve |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-08188 (N.D. Ill. Dec. 13, 2012) | Judge Gary Feinerman |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-08528 (N.D. Ill. Dec. 17, 2012) | Judge James B. Zagel |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-08736 (N.D. Ill. Dec. 11, 2012) | Judge Rebecca R. Pallmeyer |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-08889 (N.D. Ill. Dec. 20, 2012) | Judge Charles P. Kocoras |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-09120 (N.D. Ill. Dec. 27, 2012) | Judge Amy J. St. Eve |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-09285 (N.D. Ill. Jan. 22, 2013) | Judge Samuel Der-Yeghiayan |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-09486 (N.D. Ill. Jan. 10, 2013) | Judge Gary Feinerman |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-09669 (N.D. Ill. Jan. 17, 2013) | Judge James B. Zagel |
| *Deckers Outdoor Corporation v. Lin Li, et al.*, No. 1:12-cv-09892 (N.D. Ill. Feb. 13, 2013) | Judge Ruben Castillo |
| *Deckers Outdoor Corporation v. DOES 1-100, et al.*, No. 1:12-cv-10006 (N.D. Ill. Feb. 13, 2013) | Judge John Z. Lee |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-00043 (N.D. Ill. Feb. 20, 2013) | Judge Amy J. St. Eve |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-00162 (N.D. Ill. Feb. 28, 2013) | Judge John Z. Lee |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-00325 (N.D. Ill. Mar. 13, 2013) | Judge Thomas M. Durkin |
| *Deckers Outdoor Corporation v. Chin Chen, et al.*, No. 1:13-cv-00519 (N.D. Ill. Mar. 19, 2013) | Judge Milton I. Shadur |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-00777 (N.D. Ill. Apr. 16, 2013) | Judge John J. Tharp Jr. |
| *Deckers Outdoor Corporation v. Wang Feng, et al.*, No. 1:13-cv-01393 (N.D. Ill. Apr. 16, 2013) | Judge Ruben Castillo |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-01716 (N.D. Ill. Apr. 12, 2013) | Judge Charles Norgle |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-02167 (N.D. Ill. June 10, 2013) | Judge Virginia M. Kendall |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-02889 (N.D. Ill. June 27, 2013) | Judge John Z. Lee |

| | |
|---|---|
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-03602 (N.D. Ill. July 24, 2013) | Judge John Z. Lee |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-03989 (N.D. Ill. July 16, 2013) | Judge John J. Tharp Jr. |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-04431 (N.D. Ill. Aug. 12, 2013) | Judge Thomas M. Durkin |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-04930 (N.D. Ill. Sept. 24, 2013) | Judge Sharon Johnson Coleman |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-05456 (N.D. Ill. Sept. 24, 2013) | Judge James B. Zagel |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-05822 (N.D. Ill. Oct. 3, 2013) | Judge Marvin E. Aspen |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-06519 (N.D. Ill. Nov. 7, 2013) | Judge John Z. Lee |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-06986 (N.D. Ill. July 6, 2014) | Judge Edmond E. Chang |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-07269 (N.D. Ill. Dec. 11, 2013) | Judge John J. Tharp Jr. |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-07621 (N.D. Ill. Dec. 16, 2013) | Judge Edmond E. Chang |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-07766 (N.D. Ill. Jan. 7, 2014) | Judge Robert M. Dow Jr. |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-08168 (N.D. Ill. Jan. 14, 2014) | Judge James F. Holderman |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-08591 (N.D. Ill. Jan. 13, 2014) | Judge Thomas M. Durkin |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:13-cv-08859 (N.D. Ill. Feb. 6, 2014) | Judge Virginia M. Kendall |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-00013 (N.D. Ill. Feb. 4, 2014) | Judge John J. Tharp Jr. |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-00295 (N.D. Ill. Mar. 20, 2014) | Judge James F. Holderman |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-00663 (N.D. Ill. June 30, 2014) | Judge Andrea R. Wood |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-00947 (N.D. Ill. Apr. 9, 2014) | Judge John W. Darrah |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-01398 (N.D. Ill. Apr. 15, 2014) | Judge Thomas M. Durkin |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-01807 (N.D. Ill. May 22, 2014) | Judge John W. Darrah |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-02395 (N.D. Ill. June 30, 2014) | Judge Andrea R. Wood |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-02767 (N.D. Ill. June 20, 2014) | Judge Joan B. Gottschall |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-03138 (N.D. Ill. June 17, 2014) | Judge James F. Holderman |

| | |
|---|---|
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-03552 (N.D. Ill. July 8, 2014) | Judge Harry D. Leinenweber |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-04322 (N.D. Ill. Sept. 9, 2014) | Judge Thomas M. Durkin |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-05263 (N.D. Ill. Sept. 16, 2014) | Judge Manish S. Shah |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-05840 (N.D. Ill. Oct. 15, 2014) | Judge Andrea R. Wood |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-06250 (N.D. Ill. Nov. 4, 2014) | Judge Robert M. Dow Jr. |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-06855 (N.D. Ill. Nov. 10, 2014) | Judge Virginia M. Kendall |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-07257 (N.D. Ill. Nov. 10, 2014) | Judge Ronald A. Guzman |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-07686 (N.D. Ill. Nov. 25, 2014) | Judge Edmond E. Chang |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-08114 (N.D. Ill. Dec. 3, 2014) | Judge Samuel Der-Yeghiayan |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-08636 (N.D. Ill. Dec. 18, 2014) | Judge Edmond E. Chang |
| *Deckers Outdoor Corporation v. Li Xiansheng, et al.*, No. 1:14-cv-09113 (N.D. Ill. Jan. 5, 2015) | Judge Milton I. Shadur |
| *Deckers Outdoor Corporation v. Cangcheng Zhou, et al.*, No. 1:14-cv-09573 (N.D. Ill. Mar. 2, 2015) | Judge Elaine E. Bucklo |
| *Deckers Outdoor Corporation v. The Partnerships, et al.*, No. 1:14-cv-09983 (N.D. Ill. May 1, 2015) | Judge Andrea R. Wood |
| *Deckers Outdoor Corporation v. Peng Chen, et al.*, No. 1:15-cv-00153 (N.D. Ill. Mar. 10, 2015) | Judge Milton I. Shadur |
| *Deckers Outdoor Corporation v. Xiao Mei, et al.*, No. 1:15-cv-01191 (N.D. Ill. Apr. 1, 2015) | Judge Manish S. Shah |

15. **Exhibit 10** attached hereto is a true and correct copy of the unpublished decisions cited in Plaintiff's Response to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and to Release Frozen Funds [50].

16. I translated the content displayed at the URL seller.aliexpress.com/education/store/freighttemplate/set.html#name1, attached as Exhibit 4 to the Declaration of Lily Fu, using Google Translate's automatic translation function in the Google Chrome browser. Attached hereto as **Exhibit 11** is a true and correct copy of the translation of Exhibit 4 to the Declaration of Lily Fu.

17. I translated the content displayed at the URL university.aliexpress.com/course_detail.htm?cid=2535, attached as Exhibit 5 to the Declaration of Lily Fu, using Google Translate's automatic translation function in the Google Chrome browser. Attached hereto as **<u>Exhibit 12</u>** is a true and correct copy of the translation of Exhibit 5 to the Declaration of Lily Fu.

18. I translated the content displayed at the URL seller.aliexpress.com/education/rules/intellectual_property/index.html, the content displayed at the URL seller.aliexpress.com/education/rules/ipr17.html, the content displayed at the URL seller.aliexpress.com/education/rule/ipr04.html, and the content displayed at the URL seller.aliexpress.com/education/rule/ipr02.html, collectively attached as Exhibit 6 to the Declaration of Lily Fu, using Google Translate's automatic translation function in the Google Chrome browser. Attached hereto as **<u>Exhibit 13</u>** is a true and correct copy of the translation of Exhibit 6 to the Declaration of Lily Fu.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of July 2015 at Chicago, Illinois.

/Allyson Martin/

Allyson Martin