# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, | Case No. 15-cv-4166 |
| Plaintiff, | |
| v. | **Judge Joan H. Lefkow** |
| CHEN WENSHENG, et al., | **Magistrate Judge Daniel G. Martin** |
| Defendants. | |

## STIPULATION OF DISMISSAL OF COUNT V
## OF THE SECOND AMENDED COMPLAINT WITHOUT PREJUDICE

Plaintiff Monster Energy Company ("MEC" or "Plaintiff") and Defendants Wu Zou d/b/a Legend Trading Co., Ltd and Zhang Yuan d/b/a Mqxxc (collectively "Defendants"), through their respective attorneys, hereby file this Stipulation of Dismissal of Count V[1] of the Second Amended Complaint [53] Without Prejudice.

With this dismissal, the above-captioned case can be terminated.

---

[1] This Court granted MEC's Motion for Summary Judgment as to counts I, II and IV on June 30, 2016 [137]. Count III does not apply to Defendants.

1

Dated this 14th day of July 2016.  Respectfully submitted,

   /s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff*
*Monster Energy Company*


   /s/ Keith A. Vogt
Keith A. Vogt
1033 South Blvd.
Suite 200
Oak Park, Illinois 60302
708.203.4787
keith@vogtip.com

*Counsel for Defendants Wu Zou d/b/a Legend*
*Trading Co., Ltd and Zhang Yuan d/b/a Mqxxc*

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July 2016, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of E-Filing to the attorneys of record in the case.

    /s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff*
*Monster Energy Company*